# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 9, 2014

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 14-1049
>
> Caption:
> BRUCE WEBSTER,
> Petitioner - Appellant
>
> v.
>
> JOHN F. CARAWAY, Warden,
> Respondent - Appellee
>
> ---
>
> District Court No: 2:12-cv-00086-WTL-WGH
> Clerk/Agency Rep Laura Briggs
> Court Reporter Cathy Jones
> District Judge William Lawrence
>
> Date NOA filed in District Court: 01/09/2014

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)