NO. 14-1049

_____

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

_____

Bruce Carneil Webster,
Petitioner-Appellant,

v.

John F. Caraway, Warden, United States Penitentiary, Terre Haute (USP),
Respondent-Appellee

_____

Appeal From The United States District Court
For The Southern District of Indiana, Terre Haute Division
Case No. 2:12-cv-86-WTL-WGH
The Honorable Judge William T. Lawrence

_____

**REPRESENTATION STATEMENT**

_____

Pursuant to Federal Rule of Appellate Procedure 12(b), the undersigned

represents Bruce Carneil Webster, Petitioner-Appellant, as counsel of record in this

matter.

Dated: January 23, 2014

By: s/Steven J. Wells_____
Steven J. Wells (COUNSEL OF RECORD)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Petitioner Bruce Webster*

## <u>CERTIFICATE OF SERVICE</u>

### Certificate of Service When All Case Participants
### Are CM/ECF Participants

I hereby certify that on January 23, 2014, I electronically filed APPELLANT'S REPRESENTATION STATEMENT with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Kirsten E. Schubert_____
Kirsten E. Schubert