**IN THE**
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

NO. 14-1049
_____

| | | |
|---|---|---|
| BRUCE WEBSTER, | ) | |
| | ) | Appeal from the United States |
| Appellant, | ) | District Court for the |
| | ) | Southern District of Indiana |
| v. | ) | Terre Haute Division |
| | ) | |
| JOHN CARAWAY, | ) | The Honorable WILLIAM T. LAWRENCE |
| | ) | |
| Appellee. | ) | Cause No. 2:12-CV-086-WTL-WGH |

APPEARANCE

Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, by Wes Hendrix, Assistant United States Attorney, hereby enters his appearance as counsel for John Caraway.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By:     _s/ Wes Hendrix_____
Wes Hendrix
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Appearance upon the

parties listed herein, by United States mail on the 10th day of February, 2014.

*s/ Wes Hendrix*
Wes Hendrix
Assistant United States Attorney
