IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 14-1049

BRUCE WEBSTER,

Petitioner - Appellant,

v.

JOHN F. CARAWAY, Warden,

Respondent - Appellee.

On Appeal from the United States District Court
For the Southern District of Indiana
District Court No. 2:12-cv-00086-WTL-WGH

**NOTICE OF APPEARANCE**

Kirsten E. Schubert, of Dorsey &Whitney, LLP, hereby notices and enters her appearance

as counsel for Appellant Bruce Webster in this matter.

Dated:     February 13, 2014

By: s/Kirsten E. Schubert_____
Steven J. Wells (COUNSEL OF RECORD)
Kirsten E. Schubert
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Appellant Bruce Webster*

-2-

## <u>CERTIFICATE OF SERVICE</u>

**Certificate of Service When All Case Participants
Are CM/ECF Participants**

I hereby certify that on February 13, 2014, I electronically filed the attached NOTICE OF APPEARANCE with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Kirsten E. Schubert_____

-2-