No. 14-1049

---

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

BRUCE CARNEIL WEBSTER,
Petitioner / Appellant,

vs.

JOHN CARAWAY, Warden,
United States Penitentiary,
Respondent / Appellee.

Appeal from the United States District Court
For the Southern District of Indiana, Terre Haute Division
Case No.: 2:12-cv-0086-WTL-WGH
The Honorable William T. Lawrence
District Court Judge

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

---

Steven J. Wells
(COUNSEL OF RECORD)
Kirsten E. Schubert
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Appellant Bruce Webster*

Bruce C. Webster, by counsel, Steven J. Wells, respectfully moves the Court for an extension of time within which to file the Brief of the Appellant in the above-captioned cause, and in support thereof states:

1. Bruce C. Webster is currently in federal custody on death row at the United States Penitentiary, Terre Haute.  The District Court entered its order denying Mr. Webster's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on November 13, 2013.

2. The Brief of Appellant is due to be filed on or before February 18, 2014.  No prior extensions of time have been sought.

3. For the reasons set out in counsel's affidavit, submitted pursuant to Circuit Rule 26 and attached hereto, counsel believes that the brief cannot be completed prior to February 28, 2014.

4. Assistant United States Attorney, James Wesley Hendrix, counsel for Appellee, John Caraway, Warden, United States Penitentiary has been contacted and has no objection to this extension.

5. Counsel respectfully requests an extension of time through and including February 28, 2014.

**WHEREFORE**, counsel for Bruce C. Webster requests an extension of time within which to file his brief, and for any and all other proper relief.

s/ Steven J. Wells
Steven J. Wells
(COUNSEL OF RECORD)
Kirsten E. Schubert
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Appellant Bruce Webster*

**AFFIDAVIT IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

I, Steven J. Wells, counsel for Appellant, Bruce C. Webster, state as follows:

1.  Undersigned counsel represented Mr. Webster in the District Court.

2.  Undersigned counsel entered his appearance with this Court on behalf of Mr. Webster on January 23, 2014.

3.  The matter under appeal is so complex that an adequate brief cannot reasonably be prepared on or before February 28, 2014.

4.  This matter involves complicated issues of statutory interpretation and constitutional law. Specifically, it pertains to the application of 28 USC §§ 2255(e) and 2241 in the context of a claim for newly discovered evidence of categorical ineligibility for the death penalty—a question not directly addressed before by this or any other Circuit. Appellant seeks to present newly discovered evidence that a concurring judge of the Fifth Circuit has described as "virtually guaranteed" to establish mental retardation, evidence that was buried in government files for almost 16 years. That evidence cannot be presented under § 2255(h), according to the Fifth Circuit, a result that the concurrence characterized as "Kafkaesque." Appellant contends that § 2255(e) is intended to provide a mechanism to avoid just such a "Kafkaesque" result, and Appellants' brief will address the statutory issues associated with a claim of this nature under §§ 2255(e) and 2241, the complex judge-made limitations imposed upon those statutes, and importance of the writ of habeas corpus in Appellant's situation.

5.  The preparation of this brief presented complexities that were not, and could not have been, reasonably anticipated by undersigned counsel earlier.

6. Assistant United States Attorney, James Wesley Hendrix, counsel for Appellee, John Caraway, Warden, United States Penitentiary has been contacted and has no objection to this extension.

7. With due diligence and giving proper priority to the preparation of the brief, I do not feel that I can submit the brief by the current due date.

s/ Steven J. Wells
Steven J. Wells
(COUNSEL OF RECORD)
*Attorney for Appellant Bruce Webster*

I affirm under penalties for perjury that the above representations are true and correct.

s/ Steven J. Wells
Steven J. Wells
(COUNSEL OF RECORD)
*Attorney for Appellant Bruce Webster*

Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2014, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


James Wesley Hendrix
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: <u>gerald.coraz@usdoj.gov</u>


<u>s/ Steven J. Wells</u>
Steven J. Wells
(COUNSEL OF RECORD)
*Attorney for Appellant Bruce Webster*