IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 14-1049

BRUCE WEBSTER,

Petitioner - Appellant,

v.

JOHN F. CARAWAY, Warden,

Respondent - Appellee.

On Appeal from the United States District Court
For the Southern District of Indiana
District Court No. 2:12-cv-00086-WTL-WGH

**NOTICE OF APPEARANCE**

Timothy J. Droske, of Dorsey &Whitney, LLP, by undersigned counsel, Kirsten E.

Schubert, hereby notices and enters his appearance as counsel for Appellant Bruce Webster in

this matter.

Dated: February 18, 2014

By: s/Kirsten E. Schubert
Steven J. Wells (COUNSEL OF RECORD)
Kirsten E. Schubert
Timothy J. Droske
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Appellant Bruce Webster*

-2-

<u>**CERTIFICATE OF SERVICE**</u>

**Certificate of Service When All Case Participants
Are CM/ECF Participants**

I hereby certify that on February 18, 2014, I electronically filed Notice of Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


s/Kirsten E. Schubert_____
Kirsten E. Schubert