IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

## No. 14-1049

BRUCE CARNEIL WEBSTER,

Petitioner-Appellant,

v.

JOHN F. CARAWAY, Warden,

Respondent-Appellee.

On Appeal from the United States District Court
For the Southern District of Indiana
District Court No. 2:12-cv-00086-WTL-WGH

## PETITIONER-APPELLANT'S SEPARATE APPENDIX

## VOLUME II

## THIS IS A DEATH PENALTY CASE

## ORAL ARGUMENT REQUESTED

Dorsey & Whitney LLP
Steven J. Wells
Kirsten E. Schubert
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Petitioner-Appellant Bruce Carneil Webster*

## TABLE OF CONTENTS

### VOLUME I

Judgment In A Criminal Case, Sept. 30, 1996, 4:94-CR-121-Y (1)
(N.D. Tex.) (N.D. Tex. Dkt.824)..............................................................S.App.1

*United States v. Webster*, No. 96-11224, 162 F.3d 308 (5th Cir.
1998), *cert. denied*, 528 U.S. 829 (1999)..............................................S.App.5

*Webster v. United States*, No. Civ.A. 4:00-CV-1646, 2003 WL 23109787
(N.D. Tex. Sept. 30, 2003) (N.D. Tex. Dkt.1110) ................................. S.App.74

*United States v. Webster*, No. 03-11194, 421 F.3d 308 (5th Cir.
2005), *cert. denied*, 549 U.S. 828 (2006) ........................................... S.App.90

*United States v. Webster*, No. 09-11039 (5th Cir. 2010), *cert. denied*,
131 S.Ct. 794 (2010)....................................................................... S.App.97

Declaration of Steven Wells ("Wells Decl.") in Support of Petition for
Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Mar. 23, 2012
(Dkt.3) ...........................................................................................S.App.106

Exhibit B to Wells Decl., excerpts from Vol. 23 of trial transcript,
June 12, 1996, 4:94-CR-121-Y (Dkt.3-2) ...........................................S.App.111

Exhibit C to Wells Decl., excerpts from Vol. 24 of trial transcript,
June 13, 1996, 4:94-CR-121-Y (Dkt.3-3) ...........................................S.App.130

Exhibit D to Wells Decl., excerpts from Vol. 25 of trial
transcript, June 14, 1996, 4:94-CR-121-Y (Dkt.3-4)...........................S.App.191

Exhibit E to Wells Decl., excerpts from Vol. 26 of trial transcript,
June 18, 1996, 4:94-CR-121-Y (Dkt.3-4) ...........................................S.App.290

Exhibit F to Wells Decl., excerpts from Vol. 27 of trial transcript,
June 19-20, 1996, 4:94-CR-121-Y (Dkt.3-5).......................................S.App.333

### VOLUME II

Exhibit G to Wells Decl., Social Security Administration Records of
Bruce Webster, rec'd by Dorsey & Whitney on Feb. 9, 2009 (Dkt.3-6).............S.App.343

# VOLUME III

Exhibit H to Wells Decl., Social Security Administration Records of
Willie Webster, rec'd by Dorsey & Whitney on Feb. 9, 2009 (Dkt.3-7).............S.App.414

Exhibit I to Wells Decl., Department of Human Services Child
Maltreatment Division Records rec'd by Dorsey & Whitney on Oct. 31,
2008 (Dkt.3-8) ......................................................................................S.App.417

Exhibit J to Wells Decl., Declaration of Leonda Daniels, Dec. 9, 2008
(Dkt.3-9) ...............................................................................................S.App.421

Exhibit K to Wells Decl., Declaration of Lanetra Evans, Nov. 12, 2008
(Dkt.3-10)  .............................................................................................S.App.425

Exhibit L to Wells Decl., Declaration of Luketha Fraizer, Dec. 11, 2008
(Dkt.3-11) ..............................................................................................S.App.428

Exhibit M to Wells Decl., Declaration of Marvin Holloway, Dec. 7, 2008
(Dkt.3-12) ..............................................................................................S.App.432

Exhibit N to Wells Decl., Declaration of Angela Madison, Dec. 9, 2008
(Dkt.3-13) ..............................................................................................S.App.435

Exhibit O to Wells Decl., Declaration of Theressia Martin Moten,
Dec. 9, 2008 (Dkt.3-14) .........................................................................S.App.438

Exhibit P to Wells Decl., Declaration of Michael Parks, Dec. 8, 2008
(Dkt.3-15) ..............................................................................................S.App.441

Exhibit Q to Wells Decl., Declaration of Jodin Smith, Nov. 11, 2008
(Dkt.3-16) ..............................................................................................S.App.444

Exhibit R to Wells Decl., Declaration of Dorothy Harris Wallace,
Nov. 11, 2008 (Dkt.3-17).......................................................................S.App.449

Exhibit S to Wells Decl., Declaration of Sharon Webster, Nov. 11, 2008
(Dkt.3-18) ..............................................................................................S.App.458

Exhibit T to Wells Decl., Declaration of Tony Webster, Nov. 11, 2008
(Dkt.3-19) ..............................................................................................S.App.463

Exhibit U to Wells Decl., Declaration of Dr. Marc J. Tassé,
Ph.D., Sept. 29, 2011 (Dkt.3-20).........................................................S.App.469

Exhibit V to Wells Decl., Declaration of Kristen K. LeRoux,
Mar. 23, 2012 (Dkt.3-21) ......................................................................S.App.496

Exhibit W to Wells Decl., Declaration of Larry M. Moore,
Oct. 20, 2009 (Dkt.3-22)..................................................................S.App.500

Exhibit X to Wells Decl. Motion of Bruce Carniel Webster for Leave to
Conduct Discovery, N.D. Tex. Docket No. 1028, filed on Apr. 30, 2001
(Dkt.3-23) .........................................................................................S.App.507

Exhibit Y to Wells Decl., Memorandum Opinion and Order Denying
Petitioner's Motion for Discovery, N.D. Tex. Docket No. 1063, filed on
June 18, 2002 (Dkt.3-24) .................................................................S.App.536

Entry and Order to Show Cause, Apr. 19, 2012, 2:12-cv-86
(Dkt.9) ...............................................................................................S.App.555

Supplemental Declaration of Kristen LeRoux ("LeRoux Decl.") in
Support of Petitioner's Reply to Respondent's Return to Order to Show
Cause, Oct. 10, 2012, 2:12-cv-86 (Dkt.25)........................................S.App.556

Exhibit A to LeRoux Decl., Facsimile Transmission to the SSA office
requesting records, Mar. 5, 1996 (Dkt.25-1).....................................S.App.561

Exhibit B to LeRoux Decl., Letter to SSA office requesting records,
Oct. 27, 2008 (Dkt.25-2).................................................................S.App.566

Exhibit C to LeRoux Decl., Letter to SSA office requesting records,
Dec. 15, 2008 (Dkt.25-3) .................................................................S.App.569

Exhibit D to LeRoux Decl., Letter to SSA office requesting records,
Oct. 8, 2009 (Dkt.25-4)....................................................................S.App.573

Exhibit E to LeRoux Decl., SSA Letter to Dorsey & Whitney denying
request for additional records, Oct. 22, 2008 (Dkt.25-5)..................S.App.580

Exhibit F to LeRoux Decl., Letter to SSA requesting records,
Nov. 23, 2009 (Dkt.25-6)..................................................................S.App.584

Exhibit G to LeRoux Decl., SSA Letter to Dorsey & Whitney stating
that Webster's folder has been destroyed, Dec. 7, 2009 (Dkt.25-7) .................S.App.591

Case 2:10-cv-00046-049L-WGH   Document 3   Filed 02/18/20 of   Pages 975

# Wells Decl. Ex. G



**DEPARTMENT OF HEALTH & HUMAN SERVICES**   Social Security Administration

Refer to: ████████████

Office of Hearings and Appeals
Room 2418, 700 West Capitol
Little Rock, Arkansas   72201
Telephone: 501-324-6381
Date:
JAN 2 5 1995

## NOTICE OF DISMISSAL

Bruce C. Webster
████████████████████
Pine Bluff, AR 71603

I have issued the enclosed order dismissing your request for hearing.  Please read this notice and the order carefully.

**If You Disagree With The Order of Dismissal**

If you do not agree with my order, you may file an appeal requesting the Appeals Council to review and vacate the order.

**How To File An Appeal**

To file an appeal you or, if you appoint one, your representative must request the Appeals Council to review the order of dismissal.  You must make the request in writing.  You may use our Request for Review form, HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office.  You may also mail your request right to the Appeals Council, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA  22041-3255.  Please put the Social Security number shown above on any appeal you file.

**Time To File An Appeal**

To file an appeal, you must file your request for review within 60 days from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the date shown above unless you show you did not get it within the 5-day period.  The Council will dismiss a late request unless you show you had a good reason for not filing it on time.

See Next Page

EXHIBIT G

REDACTED

G.01



Page 2 of 3

## Do You Want To Submit Evidence?

You may submit evidence to show why you think I should not have dismissed your request for hearing.  You should submit any evidence you wish the Appeals Council to consider with your request for review.

## Rules About An Appeal

Our regulations state the rules the Appeals Council applies to decide whether to review a case and in reviewing a case.  These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J) and Part 416 (Subpart N). The Council will review an order of dismissal for the reasons listed in sections 404.970 and 416.1470 of our regulations.

## If You Do Not File an Appeal With The Appeals Council

If you do not appeal my order and the Appeals Council does not review the order on its own motion, the action or determination upon which you requested a hearing cannot be changed except under special rules.

## Your Right To Representation

You may have a lawyer or other person help you in any request for review you file with the Appeals Council.  There are groups that can help you find a lawyer or give you free legal services if you qualify.  There are also lawyers who do not charge unless you win your case.  Your local Social Security office has a list of groups that can help you with a request for review.

If you get someone to help you, you or that person should let the Appeals Council know.  If you hire someone, we must approve the fee before he or she can collect it.  And if you hire a lawyer, we will withhold up to 25 percent of any past due insurance benefits to pay towards the fee.

REDACTED

G.02

**Do You Have Any Questions?**

If you have any questions, you may call, write or visit any Social Security office. If you visit an office, please bring this notice and decision with you. The telephone number of the local office that serves your area is 501-534-0183. Its address is P. O. Box 8309, Pine Bluff, AR. 71601.

JOHN HECK GOREE
Administrative Law Judge

Enclosure:.

**REDACTED**

G.03

DEPARTMENT OF
HEALTH AND HUMAN SERVICES
Social Security Administration
OFFICE OF HEARINGS AND APPEALS

ORDER OF DISMISSAL

<u>IN THE CASE OF</u>                              <u>CLAIM FOR</u>

                                        Period of Disability,
                                        Disability Insurance Benefits, and
Bruce C. Webster                        Supplemental Security Income
(Claimant)

Willie C. Webster
(Wage Earner)                           (Social Security Number)


This case is before the Administrative Law Judge on the request
for hearing filed by the claimant on April 13, 94.

On October 24, 1994, a Notice of Hearing was mailed to the
claimant to advise him of the time and place set for the hearing.

Social Security Administration Regulations No. 4 and No. 16
provide that the Administrative Law Judge may dismiss a
claimant's request for hearing when neither the claimant nor his
representative appears at the time and place set for the hearing
and the claimant does not give a good reason for the failure to
appear within 10 days after the Administrative Law Judge mails
the claimant a notice asking why he did not appear (20 CFR
404.957(b)(2) and 416.1457(b)(2)). A Notice to Show Cause for
Failure to Appear was mailed to the claimant on November 23,
1994.

No response to the Notice to Show Cause for Failure to Appear
request was received.


**REDACTED**

G.04

Bruce C. Webster

2

Accordingly, the claimant has not established a good reason for the failure to appear at the scheduled hearing. Therefore, the request for hearing is hereby dismissed and the determination dated April 5, 1994 remains in effect.

JOHN HECK GOREE
Administrative Law Judge

JAN 25 1995
Date

REDACTED

G.05

## LIST OF EXHIBITS

Bruce C. Webster
_____
(Claimant)  (Social Security Number)

Willie L. Webster ████████████
_____
(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Leads/Protective Filing Worksheet (showing Protective Filing Date of 9/9/93) | 1 |
| 2 | Medical History and Disability Report, dated 10/4/93 (in lieu of application for DAC benefits)(with Protective Filing date of 9/9/93) | 6 |
| 3 | Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93) | 3 |
| 4 | Disability Determination by State Agency, Title II, dated 2/3/94, with attachment | 3 |
| 5 | Disability Determination by State Agency, Title XVI, dated 2/3/94 | 2 |
| 6 | Social Security Notice, dated 2/8/94 | 2 |
| 7 | Supplemental Security Income Notice, dated 2/8/94 | 3 |
| 8 | Request for Reconsideration, filed 3/17/94 | 2 |
| 9 | Disability Determination by State Agency, Title II, dated 3/29/94, with attachments | 16 |
| 10 | Disability Determination by State Agency, Title XVI, dated 3/29/94 | 2 |
| 11 | Social Security Notice of Reconsideration, dated 4/5/94 | 2 |
| 12 | Supplemental Security Income Notice of Reconsideration - Disability, dated 4/5/94 | 3 |
| 13 | Request for Hearing, filed 4/13/94 | 2 |
| 14 | Earnings Record and DEQY, dated 9/13/94 | 4 |
| 15 | Vocational Report, dated 10/6/93 | 6 |
| 16 | Disability Report, dated 10/4/93 | 8 |
| 17 | Reconsideration Disability Report, dated 3/17/94 | 6 |
| 18 | Disability Supplemental Interview Outline, undated | 6 |
| 19 | Statements of Claimant, undated and dated 4/13/94 | 4 |
| 20 | Report of consultative General Physical Examination by C. M. Rittelmeyer, M.D., dated 10/25/93 | 8 |

Form HA-540-U6 (6-88)

**REDACTED**

ATTACH TO CLAIMANT'S COPY OF THE DECISION

G.06

## LIST OF EXHIBITS

Page 2

Bruce C. Webster

(Claimant)



(Social Security Number)

Willie L. Webster

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 21 | Letter from Lou Jackson, Special Education Supervisor, Watson Chapel Schools, dated 11/8/93 | 1 |
| 22 | Report of consultative Psychometric Evaluation by Edward V. Hackett, Ph.D., on 10/22/93; and medical report dated 11/10/93 | 3 |
| 23 | Report of consultative Evaluation For Mental Disorders by Charles M. Spellmann, Ph.D., Palaver, Inc., dated 12/22/93 | 3 |
| 24 | Letter to F. J. Massey, Jr., Vocational Expert from ALJ Goree, dated 10/25/94 requesting testimony at hearing | 2 |
| 25 | Resume of Experience and Background of F. J. Massey, Vocational Expert, dated 7/1/93 | 1 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

G.07

SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS
REGIONAL OFFICE
1200 MAIN TOWER BLDG., ROOM 1135
DALLAS, TEXAS 75202

## RESUME OF EXPERIENCE AND BACKGROUND

7-1-93
DATE

Print or type all entries, attach extra sheets as needed and submit in duplicate.

HOME PHONE: ▮▮▮▮▮▮▮▮▮▮  SOCIAL SECURITY NO. ▮▮▮▮▮▮▮
(Area Code)                          (Mr.)
OFFICE PHONE: 624-4411              Ms.
                                    Mrs.
1. NAME: Massey          F.  John (Jr) Miss
        (Last)      (First)  (Middle)  Dr.

2. MAILING ADDRESS: Hot Springs Rehabilitation Center
   P.O. Box 1358, Hot Springs, AR. 71902
                                    (Zip Code)

3. PRESENT EMPLOYMENT
   Present Employer ARKANSAS Rehabilitation Services  Date Employment Began 7-1-93

   Your Position or Title & Description of Duties Rehabilitation Assistant
   Administrator for client Services at the Hot Springs Rehabilitation Center.
   Responsible for managing all aspects of a major client service program
   including personnel management for approximately 120 staff members and all
   fiscal and administrative services necessary to support the work unit.

4. PREVIOUS EXPERIENCE - Begin with your next most recent employment in rehabilitation

| Position or Title | Employed | Institution or Firm |
|---|---|---|
| (a) Rehabilitation Field Supervisor | July 1986 - July 1993 | Arkansas Rehabilit. Services / State of |

Duties Supervised 8 master degree counselors and placement workers in two field offices

| (b) Vocational Rehabilitation Counselor | June 1967 - July 1986 | Arkansas Rehabilit. Services / State of A |

Duties Evaluate disabled clients, Determine Eligibility, Arrange vocational & medical
training and provide placement Service EXHIBIT NO. 25 (1) PAGES

**REDACTED** G.08

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   **Social Security Administration**

Office of Hearings and Appeals
700 West Capitol, Room 2418
Little Rock, Arkansas 72201
Telephone: (501) 324-6381

October 25, 1994

F. J. Massey, Jr.
P. O. Box 1358
Hot Springs, AR 71902

Dear Mr. Massey:

The claimant named below has an application for Child's Insurance Benefits and Supplemental Security Income.

A hearing on the claim is scheduled, date and time shown below.

Claimant: Webster, Bruce C.  Social Security Number:

1:45 p.m. on Wednesday, November 16, 1994, at Federal Building, Room 3611, 8th and Main Streets in Pine Bluff, Arkansas

You are requested to give testimony as a vocational expert, primarily to cover the following period:

ALLEGED ONSET DATE

5/31/89   TO   date of hearing

Your presence throughout the hearing is desired since your testimony will be based, in part, on the testimony given by the claimant and any other witnesses, including a medical expert if needed. Enclosed are copies of some of the pertinent exhibits tentatively selected for inclusion in the record of this case. Please bring this material to the hearing. For additional information concerning your testimony, please see the attached notice.

Your charges for this service should be submitted in accordance with your contract with the Department of Health and Human Services.

Enclosures: Exhibit File.

Sincerely yours,

John Heck Goree
Administrative Law Judge

cc:

EXHIBIT NO. 24 (2) PAGES

**REDACTED**   G.09

# IMPORTANT INFORMATION

NOTE: IT IS REQUIRED THAT YOU DISQUALIFY YOURSELF IF YOU HAVE HAD ANY PRIOR KNOWLEDGE OF THIS CLAIMANT OR EXPERIENCE IN THIS CASE OTHER THAN AS A VOCATIONAL EXPERT FOR THE OFFICE OF HEARINGS AND APPEALS.

While medical factors alone may justify a finding that the claimant is, or is not disabled, it is necessary in some cases to consider vocational factors in order to determine whether or not the claimant is able to engage in any substantial gainful activity. Two basic questions will be presented to you at this hearing.

The first question pertains to the kind of work, if any, the claimant can do in light of prior work activity and residual functional capacity considering age, education, training and work experience. Your testimony will be predicated on various assumptions, posed at the hearing, with respect to the claimant's residual functional capacity. You will not be expected to testify as to whether or not the claimant is under a disability, since you do not have the responsibility for deciding this ultimate legal issue. You should not express any opinion regarding the impairments involved and their effects on residual functional capacity, since these are medical matters. You will be requested to furnish a rationale and complete explanation for your opinions. In forming your judgement as to whether or not the claimant could transfer vocational skills to any other type of work, please consider only work which the claimant could perform after a normal period of training, usually given to new employees, rather than after extended vocational rehabilitation.

The second question is whether such work exists in the "national economy", i.e., whether it exists in significant numbers either in the region where the claimant lives or in several other regions of the country. You should be prepared to testify from personal knowledge gained from vocational surveys of businesses and industries (whether such surveys were made by you or by other vocational experts) and from other current vocational resource materials.

Questions may also be asked of you by the claimant (or representative, if any).

G.10





# PALAVER, INC.

Rt. 1, Box 29A
DeValls Bluff, Arkansas 72041
501-998-7206     1-800-844-4425

## EVALUATION FOR MENTAL DISORDERS

RECEIVED
JAN 0 4 1994

DISABILITY DETERMINATION

BRUCE WEBSTER

PINE BLUFF, ARKANSAS   71603

SSN: ▮▮▮▮▮▮▮▮▮
DOB: ▮▮▮▮▮73

DECEMBER 22, 1993

**REASON FOR REFERRAL:**

Client was referred for a psychological evaluation in order to better ascertain eligibility for Social Security benefits.

**OBSERVATIONS:**

Client was brought by his mother. He was a thin fellow, of average height and twenty years of age. He was clean, neatly dressed and groomed. Posture and gait were nonremarkable.

**PRESENT ILLNESS:**

When asked how he was disabled he said he sneezes, his eyes water and his head hurts. It makes him mad. He said he is also slow to learn.

He worked one time helping pour cement but he was vague about his work history. Generally he was vague and did not seem to have a good grasp on things.

**PAST HISTORY OF MENTAL DISORDERS:**

In 1992 he said they tried to admit him to the third floor of the hospital. That is the psychiatric wing but he refused to go. "They acted like my mind wasn't right". He said he went to mental health for a few weeks and they gave him some pills but he was not able to tell much about it. He had no insight as to what they were trying to do or why he had gone.

12/22/93

EXHIBIT NO. 23 (3) PAGES

REDACTED     G.11

Bruce Webster
Page 2


FAMILY, SOCIAL AND ENVIRONMENTAL HISTORY:

He went to the eighth grade. He is single and has one child.

He was in prison in 1992 for two months for having an automatic
weapon. When they caught him with the weapon he was on probation
for jumping on a policeman.

MENTAL STATUS EXAMINATION:

Client was a poor historian. He was mostly coherent and relevant
but at times it was hard to follow him.

Ideation was sparse and this appeared to be more of a function of
his lower cognitive ability than of any mental illness. He came
across as a slow fellow who did not know much and did not know how
to communicate well.

Contact with reality appeared adequate. He said he sometimes
worries about his brother in law killing him. "Last year my
brother in law killed my brother and now I think he looks at me
lots. I'm kind of afraid of him". Client is not suicidal and he
said he was hard to sleep nights because he sleeps a lot during
the day. He denied any hallucinations or delusions.

Affect was appropriate and mood was essentially normal. He said
he gets sad over the loss of his brother last year but otherwise
did not express any depression or anxiety. He said he gets mad a
lot. "Nobody listens to me. They think I'm dumb".

INTELLECTUAL FUNCTIONING:

Client was oriented times three.

He could repeat four digits forward and three backward.

He was not able to register three objects.

Cities named were Pine Bluff and Little Rock.

He was not able to do simple calculations.

He did not know what the sayings meant.

G.12

Bruce Webster
Page 3

He was able to handle similarities and differences adequately.

If he found an envelope he would keep it.
If he saw a fire in a theater he would put it out.

**ESTIMATED IQ:**

   69 or lower

**CURRENT LEVEL OF FUNCTIONING:**

He lives with his mother. He watches television, listens to the radio and goes walking. He has a girlfriend and he likes to kiss and hold her hand. He has friends. He said he likes to drive, then he laughed and said he sometimes steals his mother's car out of the garage. He goes shopping sometimes. He accompanies his mother to church. He does no chores around the house. Mostly he seems to be idle around the house and on the streets.

He gets along alright with others.

**CURRENT MEDICATION:**

He takes no medication.

**DIAGNOSIS:**

1. Mental Retardation
2. Antisocial Personality by History

**PROGNOSIS:**

Client will not get any better

He is not competent to manage funds, if awarded.

There was no evidence of exaggeration or malingering.

Charles M. Spellmann, Ph.D.
Psychologist

G.13

S.App.356

## MEDICAL REPORT

### INFORMATION FURNISHED BY:

This information was secured by telephone by the DDS representative signing the form. A copy of this report was sent to the doctor for signature on _____ 11-10-93 _____

Claimant's Name: _____ Bruce C. Webster _____   SSN: _____ ██████████ ██

Dr. Hackett provided the following additional information:

The claimant was quite verbal. There may have been some malingering, however, Dr. Hackett could not be sure. The IQ scores are not normal considering history. The claimant was viewed as a somewhat mild retarded con man, but very street wise.

The claimant could follow instructions as far as the test was concerned. He had some locomotion and ability to direct himself. He was not distressed. Dr. Hackett described him as being a predator, in that he could not be functional in a community setting. He would take advantage of other people. He would also not function well in the work place.

Dr. Hackett did not feel that the claimant could manage his own benefits. His behavior was somewhat bizaar. On the IQ scores performance was estimated lower than verbal. A person that displays antisocial personality usually scores higher on performance.

Dr. Hackett felt some organic function may be involved.



RECEIVED

NOV 1 9 1993

DISABILITY
DETERMINATION

Please proofread, make any necessary corrections or additions, sign and return to this office.

11/3/93 & 11/10/93

Signature _____ Joyce Franey _____   Date _____

Joyce Franey, Medical Relations

Signature _____ Edward V. Hackett _____

Edward V. Hackett, Ph.D.
11/10/93

EXHIBIT NO. _____ 22 _____ (3) PAGES

**REDACTED**   G.14

*goo*

EDWARD V. HACKETT, PH.D.
PSYCHOLOGIST
510 Greenbriar
Pine Bluff, AR   71603
(501) 536-5812

RECEIVED

NOV 5 1993

DISABILITY DETERMINATION

## PSYCHOMETRIC EVALUATION

Name: Bruce C. Webster
SSN:
DOB:                         73
Age:

Examiner: Edward V. Hackett, Ph.D.
Psychologist
Date of Examination: October 22, 1993
Date Transcribed: November 3, 1993

**Referral:**

Bruce Webster drove himself to the evaluation. He was dressed appropriately in khaki pants and a t-shirt. He appeared to be somewhat cocky from the start, which eventuated in personal comments toward the end. Example: he wanted to know if he could have the change on my counter (the answer was no). He made several sexual references which seemed untoward. He stated that he had been in the Arkansas Department of Correction – Tucker Unit, for assaulting an Arkansas State Police officer.

**Test Administered:**

Wechsler Adult Intelligence Scale – Revised (WAIS-R)

**Results:**

WAIS-R Subtest Scaled Scores

| Verbal | | Performance | |
|---|---|---|---|
| Information | 3 | Picture Completion | 1 |
| Digit Span | 6 | Picture Arrangement | 1 |
| Vocabulary | 4 | Block Design | 1 |
| Arithmetic | 4 | Object Assembly | 3 |
| Comprehension | 4 | Digit Symbol | 1 |
| Similarities | 6 | | |
| Sum | 27 | | 7 |

| | |
|---|---|
| Verbal IQ | 71 |
| Performance IQ | 49 |
| Full Scale IQ | 59 |

**REDACTED**

G.15

PSYCHOMETRIC EVALUATION

SSN:

Page 2

Evaluation:

Mr. Webster manifested many inconsistencies regarding his street behavior and current attempts to seek employment. He was referred for evaluation by his parents and friend. He is mildly retarded, but is also antisocial. His diagnoses are as follows:

    Axis I:  Mild Mental Retardation (317.00)
             Antisocial Personality Disorder (301.70)  (by history)

Mr. Webster manifests no signs of wanting to improve or to seek employment. He appears to be a user of others.

_Edward V. Hackett_

Edward V. Hackett, Ph.D.
Psychologist

EVH/ks

**REDACTED**

G.16

# Watson Chapel Schools

MEMBER OF NORTH CENTRAL ASSOCIATION
4100 CAMDEN ROAD
PINE BLUFF, ARKANSAS 71603
Phone 879-0220 879-0221
FAX 879-0588

November 8, 1993

**DIRECTORS**
JIM JOHNSON
PRESIDENT
BILL THOMPSON
VICE PRESIDENT
RONNIE TERRELL
SECRETARY
CALVIN JOHNSON
J.J. JONES
MAXINE NELSON
HAROLD POINTER

CHARLES D. KNIGHT
SUPERINTENDENT
ED W. HARRIS
ASSISTANT SUPERINTENDENT
C. C. STUART
ASSISTANT SUPERINTENDENT
ROBERT HALL
FEDERAL PROGRAMS/TRANSPORTATION

Disability Determination For
Social Security Administration
701 Pulaski Street
Little Rock, AR  72201

Attn:  Ms. Helen Rumpf, Adjudicator

Re:  Bruce C. Webster
SSN: ███████
DOB: ████ /73

The above student's Special Education records were destroyed in 1988.  A letter was mailed to parents at the last known address, telling them they could have the records if they wanted them.  There was no response to the letter.

Sincerely,

Lou Jackson
Special Educaiton Supervisor

LJJ/pc



RECEIVED
NOV 11 1993
DISABILITY DETERMINATION

11/8/93

EXHIBIT NO 2-1  1 PAGES

**REDACTED**                G.17

*900*

## DISABILITY DETERMINATION FOR SOCIAL SECURITY ADMINISTRATION
701 Pulaski Street - Little Rock, Arkansas 72201

## GENERAL PHYSICAL EXAMINATION

| APPLICANT'S NAME | DATE OF BIRTH | SSN | DATE OF EXAM |
|---|---|---|---|
| Bruce Webster | ▉▉/23 | ▉▉▉▉▉ | 10-21- |

**RECEIVED OCT 27 1993 DISABILITY DETERMINATION**

**ALL PROCEDURES MUST BE AUTHORIZED BY A STATE AGENCY EXAMINER OR PHYSICIAN.**
Call this office for authorization prior to performing any procedure not listed on the authorization.
Local: 682-3030 or Long Distance Toll Free: 1-800-482-9950.

Please ask for _Wili Hung_ 900. _____, DDS Claims Examiner.

ALLEGED IMPAIRMENTS: _Sinuses + headache_

HISTORY: (Please include onset of significant problems)

20 YEAR OLD BLACK MALE HAS PROBLEMS WITH SINUS DRAINAGE AND HEADACHES.   HE HAS HAD
IT FOR A NUMBER OF YEARS.   HE HAS NOT SEEN ANY PHYSICIANS AND ONLY TAKES OVER-THE-
COUNTER MEDICATION WITH TEMPORARY RELIEF.   HE HAS NEVER BEEN HOSPITALIZED.   HE QUIT
SCHOOL IN THE 8TH GRADE, SAID HE WAS ASKED TO LEAVE.   HE JUST GOT OUT OF PRISON AFTER
AN ELEVEN MONTH SENTENCE.   I DON'T KNOW THE REASON FOR THAT.   HE IS NOT WORKING BUT
STAYING AT HOME WITH AN ELDERLY GRANDMOTHER.

Myocardial infarctions: _None_

Previous stress testing or angiograms: _Nec_

Surgical: _No_

Present Medications: _No_

REVIEW OF SYSTEMS (Fill in if relevant)

HEENT: _Sinus drainage_

RESPIRATORY: _Nec_

_____ If asthmatic, number of severe attacks

requiring IPPB or I.V. drugs during the past year: _____

10/25/93

EXHIBIT NO. _20_ ( _8_ ) PAGES

**REDACTED**   G.18

GASTROINTESTINAL: _NEC_

If present, give frequency and duration of:

Jaundice: _No_

Hematemesis: _No_

Ascites: _NO_

Bloody Stools: _NO_

ORTHOPEDIC: _NEC_

If there is a history of significant joint pain, swelling, heat, and tenderness, give the joints involved and the duration of active inflammation: _NO_

NEUROLOGICAL: _NEC_

If seizures are alleged, describe a typical episode, postictal manifestations, and give frequency of attacks: _No_

If seizures are not controlled, is the patient seeking treatment? ____

Previous EEG? _No_

PSYCHIATRIC: (Is there a past history of hospitalization or outpatient treatment?) _No_

PHYSICAL EXAMINATION.

VITAL SIGNS:
Height (without shoes) _6'2"_ Weight _136_ Pulse _76_ Blood Pressure _118/74_ Respiratory Rate _18_
GENERAL APPEARANCE: _WDWN_

EYES _NEC_

FUNDI (Check if present):

| | Neovascularization | Hemmorrhages | Exudates | Papilledema | Normal |
|---|---|---|---|---|---|
| O.D. | | | | | ✓ |
| O.S. | | | | | ✓ |

Central Visual Acuity: Uncorrected - O.D. _20/20_  O.S. _20/20_

(Snellen)   Corrected   - O.D. ____  O.S. ____

·(3)

G.19

**PASSIVE** Range of Motion (In Degrees)

| | | Right | Normal | Left | Heat | Swelling |
|---|---|---|---|---|---|---|
| Elbows: | | | 0°—150° | | | |
| Wrists: | Dorsiflexion | | 0°—70° | | | |
| | Palmar Flexion | | 0°—70° | | | |
| Hands: | DIP | | 0°—80° | | | |
| | PIP | | 0°—100° | | | |
| | MP | | 0°—90° | | | |
| Hips: | Forward Flexion | | 0°—115° | | | |
| | Rotation—Internal | | 0°—45° | | | |
| | Rotation—External | | 0°—45° | | | |
| Knees: | | | 0°—135° | | | |
| Ankles: | Dorsiflexion | | 0°—20° | | | |
| | Plantar Flexion | | 0°—50° | | | |

Describe any other joint abnormalities, deformities, instability, anklylosis, contractures, etc: _____

_____ None _____

_____

Is there any purulent drainage or inflammation from possible osteomyelitis? _____

_____ NO _____

**NEUROLOGICAL:**

Cranial Nerves: _____ Normal _____

| Reflexes: | Right | Left |
|---|---|---|
| Biceps: | 2+ | 2+ |
| Triceps: | 1+ | 1+ |
| Patellar: | 3+ | 3+ |
| Achilles: | 1+ | 1+ |

Muscle Weakness: (be specific) _____ No _____

Muscle Atrophy: _____ No _____

If atrophy is present, measure extremity circumference: _____

Sensory Abnormalities: _____ None _____

(5)

G.20

**VEINS**

Varicose Veins: _____ No _____

Stasis Dermatitis: _____ No _____

Brawny Edema: _____ No _____

Active Ulcers: _____ No _____

Scars from Healed Ulcers: _____ No _____

**MENTAL STATUS:**

Is the applicant oriented to time, person, place? _____

_____ Yes _____

Any evidence of psychosis (such as hallucinations or delusions) or of serious mood disorder? _____

_____ No _____

**LAB STUDIES, X-RAY RESULTS, ETC:** _____

DIAGNOSIS: MENTAL RETARDATION.   FLAT FEET.   CHRONIC SINUS PROBLEMS AND ALLERGIES
BY HISTORY.

(7)

G.21

CARDIOVASCULAR: _____ NEG _____

Chest Pain _____ Yes _____ No

Please give a detailed current description of chest pain, if present:

Location and radiation: _____

Quality of Pain: (sharp, dull, tightness, etc.) If pain is "sharp", specify if this means a rhythmic pain, e.g., "stabbing", "jabbing", or "throbbing". _____

_____

Precipitating Factors: Is the above pain predictably exertional? _____ Yes _____ No
If yes, specify type and amount of exertion that produces pain, giving three examples.

TYPE _____  (1)_____ AMOUNT

    _____  (2)_____

    _____  (3)_____

Is the above chest pain brought on by any of the following items? a) Deep breathing _____
b) Eating _____ c) Twisting/Turning movements _____ d) Palpation of chest wall _____
e) Other _____

Mode of Relief: Nitroglycerin _____ In minutes, duration until relief _____ Number of
tablets in last month _____ Rest _____ In minutes, duration until relief _____
Any unusual mode of relief such as antacid or belching? _____ Yes _____ No

Frequency of above chest pain (three times per day, or week, or month, etc.) _____

How long has above pain been present? _____

Pertinent associated symptoms: _____

PND _____ Orthopnea _____ Edema _____

SYNCOPE _____ If yes, give description and frequency: _____

_____

INTERMITTENT CLAUDICATION _____ If yes, how far can patient walk before symptoms start?

_____

Quality of pain _____ Location of pain _____

Any radiation of pain, where? _____ Pain Duration _____

Mode of relief _____

HEMATOLOGY: _____ NEG _____

Give frequency of transfusions in the past year: _____

(2)

G.22

EARS _Neg_____

Can the patient hear normal conversation? _yes_____

Estimate % auditory loss if noted: _0%_____

OROPHARYNX: _Neg_____

If speech is impaired, describe ability to carry on speech which can be understood and sustained:

_____

NECK ____Neg_____

Neck Vein distention: ____NO_____ Adenopathy _NO_____

LUNGS: Normal breath sounds ___yes__ Increased A.P. Diameter _NO___ Hyper-resonance _NO_

Prolonged expiration _NO___ Wheezing _NO__ Other ____

HEART (Clinical enlargement, murmurs, gallops, etc.): ___Normal_____

ABDOMEN: _Neg____

Ascites: ____NO_____ Organomegaly: _NO_____

SKIN CHANGES: ___NO_____

Cyanosis _____NO_____ Clubbing ____NO____ Jaundice _NO____

ORTHOPEDIC: (If joint motion is limited by more than 30%, please call for authorization to perform X-ray)

| SPINE | | Normal Motion | Range of Motion (In Degrees) |
|---|---|---|---|
| Cervical Spine: | Forward Flexion | 0° — 40° | |
| | Flexion | 0° — 30° | |
| | Extension | 0° — 30° | |
| | Rotation | 0° — 40° R & L | |
| Lumbar Spine: | Flexion-Extension | 0° — 90° | |
| | Lateral Flexion | 0° — 20° R & L | |

Muscle Spasm: ___NO_____

EXTREMITIES:

PASSIVE Range of Motion (In Degrees)

| | Right | Normal | Left | Heat | Swelling |
|---|---|---|---|---|---|
| Shoulders: Abduction | ___ | 170° | ___ | ___ | ___ |
| Forward Elevation | ___ | 170° | ___ | ___ | ___ |

(4)

G.23

Gait and Coordination: (indicate specific abnormal findings) _____

_____ *Normal* _____

_____

Romberg: _*Neg*_____     Tremor: _*No*_____

Ataxia: _*No*_____     Cogwheel Rigidity: _*No*_____

Heel to Shin: _*yes*_____     Bradykinesis: _*No*_____

Finger to Nose: _*yes*_____     Past Pointing: _*NO*_____

Proprioception: _*yes*_____

**LIMB FUNCTION: Describe ability to:**

1. Hold a pen and write _*yes*_____

2. Touch fingertips to palm: _*yes*_____

3. Grip (estimate % of normal) _*100%*_____

4. Oppose thumb to fingers: _*yes*_____

5. Abduct and flex arms at the shoulders 90 degrees or more: _*yes*___

6. Stand and walk without assistive devices: _*yes*_____

7. Ability to walk on heel-toes _*yes*_____

8. Squat and arise from a squatting position: _*yes*_____

**CIRCULATORY:**

Pulses: (Absent, decreased or normal)

| | right | left |
|---|---|---|
| Carotid: | *N* | *N* |
| Radial: | | |
| Femoral: | | |
| Popliteal: | | |
| Dorsalis-Pedis: | | |
| Posterior Tibial: | | |

Hair Loss: _*No*_____     Skin Temperature _*Normal*_____

Edema: _*No*_____

(6)

G.24

**FOLLOWING YOUR EXAMINATION, PLEASE ANSWER THESE SPECIFIC QUESTIONS:**

THE PATIENT APPEARED TO BE HEALTHY WITH NO ABNORMAL PHYSICAL FINDINGS.

**REPORTING PHYSICIAN'S SIGNATURE, AND DATE**

Signature: *C.M. Rittelmeyer* Date: 10-25-93

C.M. Rittelmeyer M.D.

(8)

G.25

Form Approved
OMB No. 0960-0316

## CLAIMANT'S STATEMENT WHEN REQUEST FOR HEARING IS FILED
## AND THE ISSUE IS DISABILITY

Print, type or write clearly and answer all questions to the best of your ability. Complete answers will aid in processing the claim. IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE STATEMENT TO THIS FORM.

CLAIMANTS NAME
Bruce C Webster

I SOCIAL SECURITY NUMBER

WAGE EARNER (Leave blank if name is the same as the claimants)
Willie Webster

I SOCIAL SECURITY NUMBER

PRIVACY ACT AND PAPERWORK ACT NOTICE: The Social Security Act (section 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (c), as appropriate authorizes the collection of information on this form. We will use the information on your recent activities, condition, medical treatment, and medications to help us decide if we need to obtain more information. You do not have to give it, but if you do not you may not receive benefits under the Social Security Act. We may give out the information on this form without your written consent if we need to get more information to decide if you are eligible for benefits or if a Federal law requires us to do so. Specifically, we may provide information to another Federal, State, or local government agency which is deciding your eligibility for a government benefit or program; to the President or a Congressman inquiring on your behalf; to an independent party who needs statistical information for a research paper or audit report on a Social Security program; or to the Department of Justice to represent the Federal Government in a court suit related to a program administered by the Social Security Administration.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

These and other reasons why information about you may be used or given out are explained in the Federal Register. If you want to learn more about this, contact any Social Security Office.

### TIME IT TAKES TO COMPLETE THIS FORM

We estimate that it will take you about 15 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on how long it takes to complete this form or on any other aspect of this form, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235, and to the Office of Management and Budget, Paperwork Reduction Project (0960-0316), Washington, D.C. 20503. Do not send completed forms or information concerning your claim to these offices.

1. Have you worked since _____, the date your request for reconsideration was filed? *(If yes, describe the nature and extent of work.)* → ☐ Yes  ☒ No

2. Has there been any change in your condition since the above date? *(If yes, describe the change.)* → ☒ Yes  ☐ No

My sinus condition is worse

3. Have your daily activities and/or social functioning changed since the above date? *(If yes, describe the changes.)* → ☒ Yes  ☐ No

I sleep more because of medication -

4a. Have you been treated or examined by a physician (other than as a patient in a hospital) since the above date? *(If yes, complete the following.)* → ☒ Yes  ☐ No

NAME OF PHYSICIAN
Dr Andrea Worrell

ADDRESS (Include ZIP Code)
Pine Bluff Ar 71603

AREA CODE AND TELEPHONE NUMBER
501-

HOW OFTEN DO YOU SEE THIS PHYSICIAN
Only been to see him once -

DATES YOU SAW THIS PHYSICIAN
4/94

REASONS FOR VISIT
Sinus

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)
Same medication - Fedahist - Ancenase AQ

Form HA 4486 (2-92) Prior editions may be used until supply is exhausted

(OVER)

19  u

**REDACTED**

G.26

**4b. Have you seen any other physician since the above date?** ——————————→ ☐ Yes  ☑ No
If "Yes," show the following:

| NAME OF PHYSICIAN | ADDRESS (Include ZIP Code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN? | DATES YOU SAW THIS PHYSICIAN |
| REASONS FOR VISITS | |

TYPE OF TREATMENT RECEIVED (include drugs, surgery, tests)

If you have seen other physicians since you filed your claim, attach a list of their names, addresses, dates and reasons for visits.

**5. Have you been hospitalized, or treated at a clinic or confined in a nursing home or extended care facility for your illness or injury since the above date?**→ ☐ Yes  ☑ No
If "Yes," show the following:

| NAME OF FACILITY | ADDRESS OF AGENCY (include ZIP Code) |
|---|---|
| PATIENT OR CLINIC NUMBER | |

WERE YOU AN INPATIENT? (Stayed at least overnight)  ☐ Yes  ☐ No    IF "YES," SHOW ——————→ | DATES OF ADMISSIONS AND DISCHARGES

WERE YOU AN OUTPATIENT?  ☐ Yes  ☐ No    IF "YES," SHOW. ——————→ | DATES OF VISITS

REASON FOR HOSPITALIZATION, CLINIC VISITS, OR CONFINEMENT

TYPE OF TREATMENT RECEIVED (include drugs, surgery, tests)

If you have been in other hospitals, clinics, nursing homes, or extended care facilities for your illness or injury, attach a list of the names, addresses, patient or clinic numbers, dates and reasons for hospitalization, clinic visits, or confinement.

**6. Have you received medical or vocational services from a community agency since the above date?**—————————————→ ☐ Yes  ☑ No

**7. Are you now taking any prescription drugs or medications?** ——————→ ☑ Yes.  ☐ No
(If yes, list them below.)

| NAME OF MEDICATION(S) | DOSAGE BEING TAKEN | NAME OF PHYSICIAN(S) |
|---|---|---|
| Fedahist Gyrocaps | 2x day | Dr Aubrey Worrell |
| Vancenase AQ | 2x day | Dr Aubrey Worrell |

**8. Are you now taking any nonprescription drugs or medications?**——————→ ☐ Yes  ☑ No
(If yes, list them below.)

| NAME OF MEDICATION(S) | DOSAGE BEING TAKEN |
|---|---|
| | |

Knowing that anyone making a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal Law, I certify that the above statements are true.

| SIGNATURE OF CLAIMANT OR PERSON FILING ON THE CLAIMANT'S BEHALF | DATE SIGNED |
|---|---|
| SIGN HERE ▶ / Bruce Webster | 4-13-94 |

Form HA-4486 (2-92)                         *U.S. Government Printing Office: 1992 — 312-183/60039

G.27

DEPARTMENT OF
HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION

# STATEMENT OF CLAIMANT OR OTHER PERSON

| NAME OF WAGE EARNER, SELF-EMPLOYED PERSON, OR SSI CLAIMANT | SOCIAL SECURITY NUMBER |
|---|---|
| NAME OF PERSON MAKING STATEMENT (If other than above wage earner, self-employed person or SSI claimant) | RELATIONSHIP TO WAGE EARNER, SELF-EMPLOYED PERSON, OR SSI CLAIMANT |

Understanding that this statement is for the use of the Social Security Administration, I hereby certify that- the information below is correct

A. Describe your pain (or other symptoms) it causes me to get up set easily headhurts diffient of breath

1. What does it feel like? It feels real bad

2. Where does it hurt? all in my head nose, eyes

3. What activities cause the pain (or other symptoms)? being out dust grass colphse spray

4. How long does it usually last? tone times side wind bo

B. Medications

1. Please list the medications you are taking now for your pain and/or other symptoms. Sinutab

| Name of Medicine | Date 1st prescribed | Dosage (how often) |
|---|---|---|
| a. Sinutab | wasn't | |
| b. | | |
| c. | | |
| d. | | |

2. Do you have any side effects of the medicine you are taking?

No _____ Yes ___✗___ If yes, please explain:

I sleep better

Form SSA-796 (2-76)

(OVER)

G.28

C. Names and addresses of drug stores where prescriptions have been filled.

(If more information about these prescriptions is needed to make a

decision on your claim, we will contact these drug stores):

*NONE*

D. Do you require any special treatment or equipment (such as braces,

oxygen, physical therapy, etc.)? No ✓   Yes _____   If yes, please

describe:   *I have not been in a long long time*

I know that anyone who makes or causes to be made a false statement or representation of material fact in an application or for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal law and or State law.  I affirm that all information I have given in this document is true.

## SIGNATURE OF PERSON MAKING STATEMENT

| Signature (First name, middle initial, last name) (Write in ink) | Date (Month, day, year) |
|---|---|
| SIGN HERE ➤ | Telephone Number (Include Area Code) |

| Mailing Address (Number and street, Apt. No., P.O. Box, Rural Route) | |
|---|---|
| City and State | ZIP Code |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the individual must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, City, State, and ZIP Code) | Address (Number and street, City, State, and ZIP Code) |

*U.S. G.P.O. 1995-401-373/20161

ACI-6116

G.29

DISABILITY
SUPPLEMENTAL INTERVIEW OUTLINE

Name: Bruce Webster                    SSN:

1.A.  Describe what you do on an average day. Tell what you usually do in the
      mornings, what takes most of your time during the day, etc.

      I sleeps look at cartoon

B.  Describe any changes in your routine since your condition began:

      get upset easy

2.A.  How many hours do you usually sleep each night?

      don't sleep to good at night wakes up
      sneesing, couhing

B.  Describe any problems you have sleeping:

      don't know

C.  Describe any changes in your sleeping habits since your condition began:

      sneesing, couhing, running nose
      headache

3.A.  Describe where you live (house) apartment, etc.):



B.  Who lives in your household with you?

      Mom, Dad, grandma Chimeka

C.  Do you get along well with these persons?

      every once in awhile

D.  Do you get along well with other persons in general?

      NO

E.  Describe any changes in these things since your condition began:

      aint got no chang



SS-RVI-400                                    - 1 -        EXHIBIT NO. 18   (6) PAGES

                                                                    G.30

                                    REDACTED

S.App.373

4   Personal Needs and Grooming

Do you need help taking care of your personal needs or grooming?  |☐| Yes    |☑| No

If yes, what kind of help do you need?  _____

_____

Who helps you?  _____

Describe any changes in your ability to take care of your personal needs since your condition began:  _NO_

5.  Meals

Do you prepare your own meals?  |☐| Yes    |☑| No

If yes, which meals do you prepare?  _____

How often do you cook?  _don't cook_

How long does it take you?  _____

If no, describe why not:  _moma cook it_

Describe any changes in cooking habits since your condition began:  _____
_moma cook it_

- 2 -

G.31

6. Household Maintenance

Do you clean your house, launder clothes, or do any other work around the house? |✓| Yes |_| No

If yes, describe which of these things you do: _make my room_

Do you need help doing these things? Explain: _NopE_ _Just make my room_

How much time do you spend to do these? _____ _I doin't know_

If no, describe why not: _I doin't know_

Describe any changes in household maintenance since your condition began: _I told you I make my room_

7. Shopping

Do you do any shopping? |✓| Yes |_| No

If yes, describe what you shop for: _potato ships, pops kookies_

How often do you shop? _Not much_

How long does it take you? _hours_

Do you need help shopping? Explain: _every once a while it taks hours_

If no, describe why not: _____

Describe any changes in shopping since your condition began: _Nope changes_

- 3 -

G.32

## Recreational Activities and Hobbies

A. Do you do any reading?  ☑ Yes  ☐ No

If yes, describe what you read: _Play boy naked_
_books_

How often and how long do you read? _____
_long times_

If no, describe why not: _____

B. Do you watch television or listen to the radio?  ☑ Yes  ☐ No

If yes, describe what you watch or listen to: _cartoons_
_BET cinamacks rap musics_

How much time do you spend doing this? _____
_lots of times_

If no, describe why not: _____

C. Do you have any hobbies or pastimes?  ☑ Yes  ☐ No

If yes, describe the things you do: _radio, tv past_
_my times_

How often do you do these things? _every day_

How much time do you spend doing these? _a lots of_
_time_

If no, describe why not: _____

D. Describe any changes in these activities since your condition began:
_thats my every day thang_

- 4 -

G.33

## 9. Social Activities

A. Do you go out and visit friends or relatives? [✓] Yes [ ] No

If yes, describe how often you visit: _SomEtimes_
_I visit my sister and brothers_

How much time do you spend visiting? _____
_all night_

Does anyone help you go visiting? _NOPE_

If no, describe why not: _I go by my self_

B. Do you drive? [✓] Yes [ ] No

If yes, can you drive on unfamiliar routes? _NOPE_

Do you need help driving? _NOPE_

If no, explain why not: _I do'n't go that far_

C. Are you active in clubs, or other groups? [✓] Yes [ ] No

If yes, explain the activities that you do: _I walk_
_around in the club_

How often do you do these activities? _EVERY_
_once in a while_

Do you need any help doing these? _NOPE_

If no, describe why not: _I don't nEEd hElp_
_walking around_

D. Describe any changes in social activities since your condition began: _____
_I don't social much_

-5-

G.34

10. Please provide the names, addresses, phone numbers and relationships of other persons (not doctors) we can contact who know about your condition:

A. Mother ████████████████████████

████████████ ████████ ████████ ████████

_____

_____

B. _____

_____

_____

_____

_____

11. Remarks – Use this space to complete any previous answers: _____

_____

_____

_____

_____

### DO CERTIFICATION

The information shown on this outline was obtained during an interview with the following individual(s):

_____     (Show relationship to claimant if an
                                      individual other than the claimant
_____      furnished the information).

_____

Interviewer Signature _____

Title _____

District Office _____

Date _____

- 6 -

REDACTED

G.35

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

Form Approved
OMB No. 0960-0144

**For SSA Use Only - Do NOT Complete This Item.**

| Name of Wage Earner | Social Security Number |
|---|---|
| *Bruce C. Webster* | ▇▇▇▇▇▇▇▇ |
| Name of Claimant | Social Security Number |

Type of Claim:

Title II — ☐ Freeze   ☐ DIB   ☐ DWB   ☒ CDB     Title XVI — ☒ Disability   ☐ Blind   ☐ Child

## RECONSIDERATION DISABILITY REPORT

PLEASE PRINT, TYPE OR WRITE CLEARLY AND ANSWER ALL ITEMS TO THE BEST OF YOUR ABILITY. If you are filing on behalf of someone else, answer all questions. COMPLETE ANSWERS WILL AID IN PROCESSING THE CLAIM.

PRIVACY ACT/PAPERWORK REDUCTION ACT NOTICE: The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1633(a) of the Social Security Act. The information on this form is needed by Social Security to make a decision on your claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on your claim and could result in the loss of benefits. Although the information you furnish on this form is almost never used for any purpose other than making a determination on your disability claim, such information may be disclosed by the Social Security Administration as follows: (1) To enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal laws requiring the release of information from Social Security records (e.g., the General Accounting Office and the Veterans Administration); (3) to facilitate statistical research and audit activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security). These and other reasons why information about you may be used or given out are explained in the Federal Register. If you would like more information about this, any Social Security office can assist you.

Date Claim Filed | *9/9/93*

### PART I — INFORMATION ABOUT YOUR CONDITION

1. Has there been any change (for better or worse) in your illness or injury since you filed your claim? .................................................................... ☒ Yes   ☐ No
   If "Yes," describe any changes in your symptoms.

   *Constantly sneezing, itching, draining, headaches. getting worse*

2. Describe any physical or mental limitations you have as a result of your condition since you filed your claim.

   *Sinus problems make me upset.*

3. Have any restrictions been placed on you by a physician since you filed your claim? ........ ☐ Yes   ☒ No
   If "Yes," give name, address, and telephone number of the physician and show what kinds of restrictions have been imposed.

4. Do you have any additional illness or injury that you feel we should know about? ........... ☐ Yes   ☒ No
   If "Yes," describe the kind of illness or injury and the date that it occurred.

FORM SSA-3441-F6 (2-88)                                           1

EXHIBIT NO   *17*   ( 6 )

**REDACTED**   G.36

## PART II — INFORMATION ABOUT YOUR MEDICAL RECORDS

5. Have you seen any physician since you filed your claim? ............................ ☐ Yes ☒ No
   If "Yes," provide the following about the physician you last visited:

| NAME | ADDRESS (Include ZIP Code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN? | DATE YOU SAW THIS PHYSICIAN |
| REASONS FOR VISITS | |

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

6. Have you see any other physician since you filed your claim? ......................... ☐ Yes ☒ No
   If "Yes," show the following:

| NAME | ADDRESS (Include ZIP Code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN? | DATE YOU SAW THIS PHYSICIAN |
| REASONS FOR VISITS | |

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

If you have seen other physicians since you filed your claim, list their names, addresses, dates and reasons for visits in Part V.

7. Have you been hospitalized, or treated at a clinic or confined in a nursing home or extended
   care facility for your illness or injury since you filed your claim? ........................... ☐ Yes ☒ No
   If "Yes," show the following:

| NAME OF FACILITY | ADDRESS OF AGENCY (Include ZIP Code) |
|---|---|
| PATIENT OR CLINIC NUMBER | |
| WERE YOU AN INPATIENT? (Stayed at least overnight) ☐ Yes ☐ No IF "YES," SHOW ——→ | DATES OF ADMISSIONS AND DISCHARGES |
| WERE YOU AN OUTPATIENT? ☐ Yes ☐ No IF "YES," SHOW ——→ | DATES OF VISITS |

REASON FOR HOSPITALIZATION, CLINIC VISITS, OR CONFINEMENT

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

If you have been in other hospitals, clinics, nursing homes, or extended care facilities for your illness or injury, list the names, addresses, patient or clinic numbers, dates and reasons for hospitalization, clinic visits, or confinement in Part V.

8. Have you been seen by other agencies for your injury or illness? ......................... ☒ Yes ☐ No
   (VA, Workmen's Compensation, Vocational Rehabilitation, Welfare, Special Schools, Unions, etc.)
   If "Yes," show the following:

| NAME OF AGENCY | ADDRESS OF AGENCY (Include ZIP Code) |
|---|---|
| YOUR CLAIM NUMBER | *Rene Bluff, Ct* |
| DATES OF VISITS | NAME OF COUNSELOR, SOCIAL WORKER, ETC. |

TYPE OF TREATMENT OR EXAMINATION RECEIVED (Include drugs, surgery, tests)

If more space is needed, list the other agencies, their addresses, your claim numbers, dates, and treatment received in Part V.

FORM SSA-3441-F6 (2-88)                    2

G.37

## PART III — INFORMATION ABOUT WORK

9. Have you worked since you filed your claim? .............................................. ☐ Yes ☒ No

   If "Yes," you will be asked to give details on a separate form.

## PART IV — INFORMATION ABOUT YOUR ACTIVITIES

10. How does your illness or injury affect your ability to care for your personal needs?

    *NO*

11. What changes have occurred in your daily activities since you filed your claim?
    (If none, show, "None")

    *Can't sleep well. Hard for me to breathe*

## PART V — REMARKS AND AUTHORIZATIONS

12.(a) READ CAREFULLY: I authorize the Social Security Administration to release information from my records, as necessary to process my claim, as follows:

Copies of my medical records may be furnished to a physician or a medical institution for background information if it is necessary for me to have a medical examination by that physician or medical institution. The results of any such examination may be given to my personal physician.

Information from my records may also be furnished, if necessary, to any company providing clerical and administrative services for the purposes of transcribing, typing, copying or otherwise clerically servicing such information. The State Vocational Rehabilitation Agency may also have access to information in my records to determine my eligibility for rehabilitative services.

I understand and concur with the statement and authorizations given above, except as follows (If there are no exceptions, write "None" in the space below. If you do not concur with any part of the above statement, state your objections clearly):

| 12.(b) | Telephone number where you can be reached: | Best time to reach you: |
|---|---|---|
| | ██████████████ | *anytime* |

FORM SSA-3441-F6 (2-88)                    3

**REDACTED**

G.38

12.(b) Use this section to continue information required by prior sections. Identify the section for which the information is provided. Note: This section may also be used for any special or additional information which you wish to be recorded.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

These and other reasons why information about you may be used or given out are explained in the Federal Register. If you want to learn more about this, contact any Social Security office.

TIME IT TAKES TO COMPLETE THIS FORM

We estimate that it will take you about 30 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, or on any other aspect of this form, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235, and to the Office of Management and Budget, Paperwork Reduction Project (0960-0144), Washington, D.C. 20503. Do not send completed forms or information concerning your claim to these offices.

Knowing that anyone making a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal Law, I certify that the above statements are true.

NAME (SIGNATURE OF CLAIMANT OR PERSON FILING ON THE CLAIMANT'S BEHALF)

SIGN HERE ▶ ✓ *Brian Wichita*        DATE ✓ 8-17-9 4

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| | |
| Address (Number and street, city, state, and ZIP code) | Address (Number and street, city, state, and ZIP code) |
| | |

FORM SSA-3441-F6 (2-88)        4

G.39

### PART VI — FOR SSA USE ONLY — DO NOT WRITE BELOW THIS LINE

| Name of Wage Earner | Social Security Number |
|---|---|
| Name of Claimant | Social Security Number |

13. Check each item to indicate whether or not any difficulty was observed:
(Explain all items checked "Yes." in Item 14 below)

| | | | | | |
|---|---|---|---|---|---|
| Reading: | ☐ Yes | ☐ No | Using Hands: | ☐ Yes | ☐ No |
| Writing: | ☐ Yes | ☐ No | Breathing: | ☐ Yes | ☐ No |
| Answering: | ☐ Yes | ☐ No | Seeing: | ☐ Yes | ☐ No |
| Hearing: | ☐ Yes | ☐ No | Walking: | ☐ Yes | ☐ No |
| Speaking: | ☐ Yes | ☐ No | Sitting: | ☐ Yes | ☐ No |
| Understanding: | ☐ Yes | ☐ No | Assistive Devices: | ☐ Yes | ☐ No |

Other (Specify): _____

*not observed*

14. If any of the above items were checked "Yes," describe the observed difficulty:

15. Describe fully: General appearance, behavior, any unusual observed difficulties not noted elsewhere, any unusual circumstances surrounding the interviews.

FORM **SSA-3441-F6** (2-88) *Prior editions usable*                    5

G.40

16. Claimant requires assistance ................................................................ ☐ Yes   ☒ No
    If "Yes," show name, address, phone number, and relationship of interested person.
    Also show why claimant requires assistance (foreign-speaking, unable to ambulate, etc.)

17. Capability development appears needed .......................................................... ☐ Yes   ☒ No
    If "Yes," indicate whether DO will undertake development because it is also developing
    medical evidence from a special arrangement source. (Show name and address of source.)

18. Is development of work activity necessary? ................................................ ☐ Yes   ☒ No

    If "Yes," is an SSA-821 or SSA-820-F4 ☐ Pending   ☐ In File

19. SSA-3441 Taken By:
    ☐ Personal Interview
        ☐ DO/BO  ☐ Home  ☐ Other _____
    ☐ Telephone
    ☒ Mail

| Signature of Interviewer or Reviewer | Title | DO, BO, or TSC | Date |
|---|---|---|---|
| P. Hallowell | CR | 769 | 3/17/94 |

FORM SSA-3441-F6 (2-88) Prior editions usable       6

G.41

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

Form Approved
OMB No. 0960-0141

## DISABILITY REPORT

**PLEASE PRINT, TYPE, OR WRITE CLEARLY AND ANSWER ALL ITEMS TO THE BEST OF YOUR ABILITY.** If you are filing on behalf of someone else, enter his or her name and social security number in the space provided and answer all questions. COMPLETE ANSWERS WILL AID IN PROCESSING THE CLAIM.

PRIVACY ACT/PAPERWORK REDUCTION ACT NOTICE: The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1633(a) of the Social Security Act. The information on this form is needed by Social Security to make a decision on your claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on your claim and could result in the loss of benefits. Although the information you furnish on this form is almost never used for any purpose other than making a determination on your disability claim, such information may be disclosed by the Social Security Administration as follows: (1) To enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal laws requiring the release of information from Social Security records (e.g., to the General Accounting Office and the Veterans Administration); and (3) to facilitate statistical research and audit activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security). These and other reasons why information about you may be used or given out are explained in the Federal Register. If you would like more information about this, any Social Security office can assist you.

| A. NAME OF CLAIMANT | B. SOCIAL SECURITY NUMBER | C. TELEPHONE NUMBER where you can be reached (include area code) |
|---|---|---|
| Bruce   Webster | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ |

**D. WHAT IS YOUR DISABLING CONDITION?** (Briefly explain the injury or illness that stops you from working.)

Sinus problems and headaches

### PART I — INFORMATION ABOUT YOUR CONDITION

| | | MONTH | DAY | YEAR |
|---|---|---|---|---|
| 1. When did your condition first bother you? | | 5 | 31 | 87 |

| | YES | NO |
|---|---|---|
| 2. Did you work after the date shown in item 1? (If "no," go on to items 3A and 3B.) | ☐ | ☒ |

3. If you did work since the date in item 1, did your condition cause you to change —

| | YES | NO |
|---|---|---|
| A. Your job or job duties? | ☐ | ☐ |
| B. Your hours of work? | ☐ | ☐ |
| C. Your attendance? | ☐ | ☐ |
| D. Anything else about your work? | ☐ | ☐ |

(If you answered "no" to all of these, go to items 3A and 3B.)

2C. If you answered "yes" to any item in 2B, explain below what the changes in your work circumstances were, the dates they occurred, and how your condition made these changes necessary.

| | | MONTH | DAY | YEAR |
|---|---|---|---|---|
| 3A. When did your condition finally make you stop working? | | | | |

**3B. Explain how your condition now keeps you from working.**

If I work more than 15-20 minutes I begin sneezing and my eyes water

Form SSA-3368-BK (1-80)

REDACTED   G.42



G.43

☐ YES  ☒ NO

☐ YES  ☐ NO  *(If "yes", show:)*          ☐ YES  ☐ NO  *(If "yes", show:)*

☐ YES  ☐ NO  *(If "yes", show:)*          ☐ YES  ☐ NO  *(If "yes", show:)*

☐ YES  ☒ NO

G.44

| | MEDICAL PROBLEM BLOCK ONE? | YES/SHOW WHERE DONE | WHEN? |
|---|---|---|---|
| Electrocardiogram | ☐ YES ☒ NO | | |
| Chest X-Ray | ☐ YES ☒ NO | | |
| Other X-Ray (name body part here) _____ | ☐ YES ☒ NO | | |
| Breathing Tests | ☐ YES ☒ NO | | |
| Blood Tests | ☒ YES ☒ NO | Dept of Corr. Diagnostic – | 10/12 |
| Other (Specify) | ☐ YES ☒ NO | | |

9. If you have a medicaid card, what is your number (some hospitals and clinics file your records by your medicaid number.)

PART II: INFORMATION ABOUT WORK ACTIVITIES

☐ YES ☒ NO

## PART IV — INFORMATION ABOUT YOUR EDUCATION

What is the highest grade of school that you completed and when?     8th. Unk.

Have you gone to trade or vocational school or had any type of special training? If "yes", show:    ☐ YES ☒ NO

• The type of trade or vocational school or training:

• Approximate dates you attended:

• How this schooling or training was used in any work you did:

## PART V — INFORMATION ABOUT THE WORK YOU DID

| JOB TITLE | TYPE OF BUSINESS | DATES WORKED | | RATE OF |
|---|---|---|---|---|
| | | FROM | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  | Yes | No |
|---|---|---|
| | ☐ Yes | ☐ No |
| | ☐ Yes | ☐ No |
| | ☐ Yes | ☐ No |
| | ☐ Yes | ☐ No |

G.46

- **Walking** (circle the number of hours a day spent walking) — 0 1 2 3 4 5 6 7 8
- **Standing** (circle the number of hours a day spent standing) — 0 1 2 3 4 5 6 7 8
- **Sitting** (circle the number of hours a day spent sitting) — 0 1 2 3 4 5 6 7 8
- **Bending** (circle how often a day you had to bend) — Never · Occasionally · Frequently · Constantly
- **Reaching** (circle how often a day you had to reach) — Never · Occasionally · Frequently · Constantly
- **Lifting and Carrying:** Describe below what was lifted, and how far it was carried. Check heaviest weight lifted, and weight frequently lifted and/or carried:

☐ 10 lbs.
☐ 20 lbs.
☐ 50 lbs.
☐ 100 lbs.
☐ Over 100 lbs.

☐ Up to 10 lbs.
☐ Up to 25 lbs.
☐ Up to 50 lbs.
☐ Over 50 lbs.

I have not been seen by a doctor or hosp. for my disabilities,

x Bruce Webster    10/6/03

G.47

PART VII - FOR SSA USE ONLY - DO NOT WRITE BELOW THIS LINE

NAME OF CLAIMANT                                    SOCIAL SECURITY NUMBER

Bruce Webb

PRESUMPTIVE DISABILITY CONSIDERATION

A. ☐ Amputation of two limbs

B. ☐ Amputation of a leg at the hip

C. ☐ Allegation of total deafness

D. ☐ Allegation of total blindness

E. ☐ Allegation of bed confinement or immobility without a wheelchair, walker, or crutches, allegedly due to a longstanding condition — exclude recent accident and recent surgery.

F. ☐ Allegation of a stroke (cerebral vascular accident) more than 3 months in the past and continued marked difficulty in walking or using a hand or arm.

G. ☐ Allegation of cerebral palsy, muscular dystrophy or muscular atrophy and marked difficulty in walking (e.g., use of braces), speaking or coordination of the hands or arms.

H. ☐ Allegation of diabetes with amputation of a foot.

I. ☐ Allegation of Down's Syndrome (Mongolism).

J. ☐ An applicant filing on behalf of another individual alleges severe mental deficiency for claimant who is at least 7 years of age. The applicant alleges that the individual attends (or attended) a special school, or special classes in school, because of his mental deficiency, or is unable to attend any type of school (or if beyond school age was unable to attend), and requires care and supervision of routine daily activities.

L. ☐ Allegation of Acquired Immune Deficiency Syndrome (AIDS)

☒ Yes   ☐ No

☐ Yes   ☒ No

☐ Yes   ☒ No

REDACTED   G.48

18A.

| | | | | | |
|---|---|---|---|---|---|
| ☐ Yes | ☒ No | | ☐ Yes | ☒ No | |
| ☐ Yes | ☒ No | | ☐ Yes | ☒ No | |
| ☐ Yes | ☒ No | | ☐ Yes | ☒ No | |
| ☐ Yes | ☒ No | | ☐ Yes | ☒ No | |
| ☐ Yes | ☒ No | | | | |
| ☐ Yes | ☒ No | | | | |

18B.

18C.

Claimant was really dressed & groomed.

Height - 5'9"
Weight - 150 lb

19.

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

20.                                                     ☒ YES   ☐ NO

21.                                                     ☐ YES   ☒ NO

22.                                                     ☐ YES   ☒ NO
                                                        ☐ Pending   ☐ In File

23.                                                     ☐ Yes   ☒ No

☐ Personal Interview   ☐ Telephone   ☐ Mail     ☐ Personal Interview   ☐ Telephone   ☐ Mail

SIGNATURE                                      10/7/92

Form

G.49

DEPARTMENT OF HEALTH AND HUMAN SERVICES                           Form Approved
SOCIAL SECURITY ADMINISTRATION                                                         OMB No. 0960-0141

## VOCATIONAL REPORT

This report supplements the Disability Report (Form SSA-3368-BK) by requesting additional information about your past work experience.
PLEASE PRINT, TYPE, OR WRITE CLEARLY AND ANSWER ALL ITEMS TO THE BEST OF YOUR ABILITY. If you are filling on
behalf of someone else, enter his or her name and Social Security number in the space provided and answer all questions. COMPLETE
ANSWERS WILL AID IN PROCESSING THE CLAIM.

PRIVACY ACT/PAPERWORK REDUCTION ACT NOTICE:  The Social Security Administration is authorized to collect the information
on this form under sections 205(a), 223(d) and 1633(a) of the Social Security Act. The information on this form is needed by Social
Security to make a decision on your claim. While giving us the information on this form is voluntary, failure to provide all or part
of the requested information could prevent an accurate or timely decision on your claim and could result in the loss of benefits.
Although the information you furnish on this form is almost never used for any purpose other than making a determination on your
disability claim, such information may be disclosed by the Social Security Administration as follows: (1) to enable a third party or
agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal laws
requiring the release of information from Social Security records (e.g., to the General Accounting Office and the Veterans
Administration); and (3) to facilitate statistical research and audit activities necessary to assure the integrity and improvement of
the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security). These
and other reasons why information about you may be used or given out are explained in the Federal Register. If you would like
more information about this, any Social Security office can assist you.

TIME IT TAKES TO COMPLETE THIS FORM.
We estimate that it will take you about 20 minutes to complete this form. This includes the time it will take to read the instructions,
gather the necessary facts and fill out the form. If you have comments or suggestions on how long it takes to complete this form
or on any other aspect of this form, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations
Bldg., Baltimore, MD 21235, and to the Office of Management and Budget, Paperwork Reduction Project (0960-0141), Washington,
D.C. 20503. Do not send completed forms or information concerning your claim to these offices.

| A. Name of Claimant | B. Social Security Number | C. Telephone number where you can be reached (include area code) |
|---|---|---|
| Bruce F Webster | ████████ | ████████ |

## PART I — INFORMATION ABOUT YOUR WORK HISTORY

List all jobs you have had in the last 15 years before you stopped working, beginning with your usual job; normally
this will be the kind of work you did the longest. (If you have a 6th grade education or less, AND did only heavy unskilled
labor for 35 years or more, list all of the jobs you have had since you began to work. If you need more space, use Part
III.) If you have already given information about your usual job on the Form SSA-3368-BK (Disability Report), begin with
your other jobs.

| JOB TITLE (Be sure to begin with your usual job) | TYPE OF BUSINESS | DATES WORKED (Month and Year) FROM | TO | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) |
|---|---|---|---|---|---|
| 1 CEMENT | PCI | June 22 | June 24 | 725 | 7:00 an 7.25 hr |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | OCT 07 1998 | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |

Form SSA-3369-F8 (1-89)

EXHIBIT NO    15    16 PAGES

G.50

**REDACTED**

## PART II — INFORMATION ABOUT YOUR JOB DUTIES

Provide the following information (on pages 2-5) for each of the jobs listed in Part I, starting with your usual job.

Job Title (from Part I):

**Cement**

A. In your job did you:
- Use machines, tools, or equipment of any kind?    ☑ Yes    ☐ No
- Use technical knowledge or skills?    ☐ Yes    ☐ No
- Do any writing, complete reports, or perform similar duties?    ☐ Yes    ☒ No
- Have supervisory responsibilities?    ☒ Yes    ☐ No

B. Describe your basic duties.

*I really did no what I was doing I had helpe from the other worker that work with me. I help spread the cement out.*

C. Describe the kind and amount of physical activity your job involved during a typical day.

- **Walking** (circle the number of hours a day spent walking) — 0 1 2 3 4 5 6 7 ⑧
- **Standing** (circle the number of hours a day spent standing) — 0 1 2 3 4 5 6 7 8
- **Sitting** (circle the number of hours a day spent sitting) — 0 1 2 3 4 5 6 7 8
- **Bending** (circle how often a day you had to bend) — Never · Occasionally ⟨Frequently⟩ Constantly
- **Lifting and Carrying** (describe what was lifted and how far it was carried. Check below the weight lifted and weight frequently lifted and/or carried.)

**Cement hose**

| Heaviest weight lifted | Weight frequently lifted/carried |
|---|---|
| ☐ 10 lbs. | ☐ Up to 10 lbs. |
| ☒ 20 lbs. | ☒ Up to 25 lbs. |
| ☒ 50 lbs. | ☐ Up to 50 lbs. |
| ☐ 100 lbs. | ☐ Over 50 lbs. |
| ☐ Over 100 lbs. | |

Form SSA-3369-F6 (1-89)

G.51

Job Title (from Part I):

**CEMENT**

A. In your job did you:
- Use machines, tools, or equipment of any kind?  ☑ Yes  ☐ No
- Use technical knowledge or skills?  ☐ Yes  ☐ No
- Do any writing, complete reports, or perform similar duties?  ☐ Yes  ☐ No
- Have supervisory responsibilities?  ☐ Yes  ☐ No

B. Describe your basic duties (explain what you did and how you did it) below. Also, explain all "Yes" answers by giving a full DESCRIPTION of the types of machines, tools, or equipment you used and the exact operation you performed, the technical knowledge or skills involved, the type of writing you did and the nature of any reports, and the number of people you supervised and the extent of your supervision.

*I reAll y didNt No whAt I was doi ng I had help from thE other workers that work wi th mE I help spreAd thE cEmENt out*

- **Walking** (circle the number of hours a day spent walking) — 0 1 2 3 4 5 6 7 ⑧
- **Standing** (circle the number of hours a day spent standing) — 0 1 2 3 4 5 6 7 8
- **Sitting** (circle the number of hours a day spent sitting) — 0 1 2 3 4 5 6 7 8
- **Bending** (circle how often a day you had to bend) — Never · Occasionally · ⟨Frequently⟩ · Constantly

Lifting and carrying: Describe how much was lifted and how far it was then carried, how heavy the items were and how often lifted and/or carried.

*CEMENt hosE*

| Heaviest Weight lifted | Weight frequently lifted / carried |
|---|---|
| ☐ 10 lbs. | ☐ Up to 10 lbs. |
| ☐ 20 lbs. | ☑ Up to 25 lbs. |
| ☑ 50 lbs. | ☐ Up to 50 lbs. |
| ☐ 100 lbs. | ☐ Over 50 lbs. |
| ☐ Over 100 lbs. | |

G.52

## PART III — REMARKS

Use this section for any other information you may want to give about your work history, or to provide any other remarks you may want to make to support your disability claim.

_(If you need more space, use separate sheets of paper.)_

Knowing that anyone making a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal law, I certify that the above statements are true.

NAME (Signature of Claimant or person filling on the Claimant's Behalf)

SIGN HERE ▶ ✓ _Bruce Wichser_     DATE 10-6-93

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

1. Signature of Witness                    2. Signature of Witness

Address (Number and street, City, State, and ZIP code)     Address (Number and street, City, State, and ZIP code)

### Do not write below this line

| SA-3369 (Spoken only)              |                          |  □ YES    | □ NO |
| ☐ PERSONAL INTERVIEW               | FORM SUPPLEMENTED         |           |      |
| ☐ TELEPHONE   ☐ MAIL               | ☐ PERSONAL INTERVIEW   ☐ TELEPHONE  | ☐ MAIL |  |
| SIGNATURE OF INTERVIEWER OR REVIEWER | TITLE (Also check one)   |           | DATE |
|                                    | ☐ DDS   ☐ DO   ☐ BO      |           |      |

G.53

Title (from Part I)

# CEMENT

In your job did you...
- Use machines, tools, or equipment of any kind?    ☑ Yes    ☐ No
- Use technical knowledge or skills?    ☐ Yes    ☐ No
- Do any writing, complete reports, or perform similar duties?    ☐ Yes    ☐ No
- Have supervisory responsibilities?    ☐ Yes    ☐ No

B. Describe your basic duties...

FrEall didnt no what I was do'ing
I had help from the other workers
that work with me. I help spread
the cement out.

C. Describe the kind and amount of any physical activity...

- **Walking** (circle the number of hours a day spent walking) — 0 1 2 3 4 5 6 7 ⑧
- **Standing** (circle the number of hours a day spent standing) — 0 1 2 3 4 5 6 7 8
- **Sitting** (circle the number of hours a day spent sitting) — 0 1 2 3 4 5 6 7 8
- **Bending** (circle how often a day you had to bend) — Never - Occasionally (Frequently) Constantly
- **Lifting and carrying**: Describe what was lifted and how far it was carried. Check below heaviest weight lifted and weight frequently lifted and/or carried.

## CEMEnt hoSE

| Heaviest Weight lifted | Weight frequently lifted/carried |
|---|---|
| ☐ 10 lbs. | ☐ Up to 10 lbs. |
| ☐ 20 lbs. | ☑ Up to 25 lbs. |
| ☑ 50 lbs. | ☐ Up to 50 lbs. |
| ☐ 100 lbs. | ☐ Over 50 lbs. |
| ☐ Over 100 lbs. | |

IF YOU NEED ADDITIONAL SPACE TO PROVIDE INFORMATION ABOUT OTHER JOBS LISTED IN PART I OF THIS FORM, USE PART III OR ASK THE SOCIAL SECURITY OFFICE FOR ADDITIONAL COPIES OF THIS FORM.

Form SSA-3369-F6 (1-89)

G.54

Job Title (don't part B)

CEMENt

A. In your job did you:   • Use machinery, tools or equipment of any kind

| | |
|---|---|
| ☑ Yes | ☐ No |
| ☐ Yes | ☐ No |
| ☐ Yes | ☐ No |
| ☐ Yes | ☐ No |

I really bidn't no who t I was doing I
hold help from the other wonker
that worked with me. I help spread
the cementout

- **Walking** (circle the number of hours a day spent walking) — 0 1 2 3 4 5 6 7 ⑧
- **Standing** (circle the number of hours a day spent standing) — 0 1 2 3 4 5 6 7 8
- **Sitting** (circle the number of hours a day spent sitting) — 0 1 2 3 4 5 6 7 8
- **Bending** (circle how often a day you had to bend) — Never · Occasionally · ⟨Frequently⟩ · Constantly

CEMENt hose

| Heaviest weight lifted | Weight frequently lifted/carried |
|---|---|
| ☐ 10 lbs. | ☐ Up to 10 lbs. |
| ☐ 20 lbs. | ☑ Up to 25 lbs. |
| ☑ 50 lbs. | ☐ Up to 50 lbs. |
| ☐ 100 lbs. | ☐ Over 50 lbs. |
| ☐ Over 100 lbs. | |

G.55

DEPARTMENT OF HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS

Form Approved
OMB No. 0960-0269

| REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE<br>[Take or mail original and all copies to your local Social Security Office] | PRIVACY ACT NOTICE<br>ON REVERSE SIDE OF FORM. |
|---|---|

1. CLAIMANT Bruce C Webster | 2. WAGE EARNER, IF DIFFERENT Willie Webster | 3. SOC. SEC. CLAIM NUMBER ▓▓▓▓ SPOUSE's CLAIM NUMBER

5. I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I disagree with the determination made on my claim because:
CDB and SSI                SSI-▓▓▓▓▓
I have had sinus problems -
My medication make me sleepy -

You have a right to be represented at the hearing. If you are not represented but would like to be, your Social Security Office will give you a list of legal referral and service organizations. (If you are represented, complete form SSA-1696.)

An Administrative Law Judge of the Office of Hearings and Appeals will be appointed to conduct the hearing or other proceedings in your case. You will receive notice of the time and place of a hearing at least 20 days before the day set for a hearing.

6. Check one of these blocks.

OHA, Little Rock, AR

7. Check one of the blocks:

☑ I have no additional evidence to submit.

☐ I have additional evidence to submit.
(Please submit it to the Social Security Office within 10 days.)

APR 15 1994

☑ I wish to appear at a hearing.

☐ I do not wish to appear and I request that a decision be made based on the evidence in my case (Complete Waiver Form HA-4608)

[You should complete No. 8 and your representative (if any) should complete No. 9. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 9.]

8. Bruce Webster
(CLAIMANT'S SIGNATURE)

ADDRESS Pine Bluff Ar 71603

9.
(REPRESENTATIVE'S SIGNATURE/NAME)

(ADDRESS) ☐ ATTORNEY: ☐ NON ATTORNEY

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|

DATE 4-13-94 | AREA CODE AND TELEPHONE NUMBER | DATE | AREA CODE AND TELEPHONE NUMBER

TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION—ACKNOWLEDGMENT OF REQUEST FOR HEARING

10. Request for Hearing RECEIVED for the Social Security Administration on ___4/13/94___ by: P Hollowell

CR
(TITLE)

Pine Bluff
ADDRESS

759
Servicing FO Code    PC Code

11. ☑ Request timely filed

☐ Request not timely filed-Attach (1) claimant's explanation for delay, (2) any pertinent letter, material, or information in the Social Security Office.

12. Claimant not represented –
☑ list of legal referral and service organizations provided

13. Interpreter needed –
☐ enter language (including sign language): _____

14. Check one: ☑ Initial Entitlement Case
☐ Disability Cessation Case
☐ Other Postentitlement Case

15. Check claim type(s):
☐ RSI only .................................... (RSI)
☐ Disability—worker or child only ................ (DIWC)
☐ Disability—Widow(er) only ................... (DIWW)
☐ SSI Aged only ............................. (SSIA)
☐ SSI Blind only ............................. (SSIB)
☐ Disability only ............................. (SSID)
☐ SSI Aged/Title II ........................... (SSAC)
☐ SSI Blind/Title II .......................... (SSBC)
☑ SSI Disability/Title II ...................... (SSDC)
☐ HI Entitlement ............................. (HIE)
☐ Other—Specify: (_____)

16. HO COPY SENT TO: 5072 HO on 4/13/94
☑ CF Attached: ☑ Title II; ☑ Title XVI; or
☐ Title II CF held in FO to establish CAPS ORBIT; or
☐ CF requested: ☐ Title II; ☐ Title XVI
(Copy of teletype or phone report attached).

17. CF COPY SENT TO: _____ HO on _____
☐ CF attached: ☐ Title II; ☐ Title XVI
☐ Other attached _____

FORM HA-501-U5 (5-88)
Issue old stock

CLAIMS FOLDER

13

REDACTED

G.56

DEPARTMENT OF HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS

Form Approved
OMB No. 0960-0269

| REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE [Take or mail original and all copies to your local Social Security Office] | PRIVACY ACT NOTICE ON REVERSE SIDE OF FORM. |
|---|---|

| 1. CLAIMANT Bruce C Webster | 2. WAGE EARNER, IF DIFFERENT Willie Webster | 3. SOC. SEC. CLAIM NUMBER | SPOUSE'S CLAIM NUMBER |
|---|---|---|---|

5. I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I disagree with the determination made on my claim because:

CDB and SSI        SSI-

*I have had sinus problems -*
*My medication make me sleepy -*

You have a right to be represented at the hearing. If you are not represented but would like to be, your Social Security Office will give you a list of legal referral and service organizations. (If you are represented, complete form SSA-1696.)

An Administrative Law Judge of the Office of Hearings and Appeals will be appointed to conduct the hearing or other proceedings in your case. You will receive notice of the time and place of a hearing at least 20 days before the day set for a hearing.

OHA, Little Rock, AR

| 6. Check one of these blocks. | 7. Check one of the blocks: |
|---|---|
| ☐ I have no additional evidence to submit. | ☐ I wish to appear at a hearing. |
| ☐ I have additional evidence to submit. (Please submit it to the Social Security Office within 10 days.)   APR 15 1994 | ☐ I do not wish to appear and I request that a decision be made based on the evidence in my case (Complete Waiver Form HA-4608) |

[You should complete No. 8 and your representative (if any) should complete No. 9. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 9.]

| 8. Bruce Webster | 9. |
|---|---|
| (CLAIMANT'S SIGNATURE). | (REPRESENTATIVE'S SIGNATURE/NAME) |
| ADDRESS Pine Bluff Ar 71603 | (ADDRESS) ☐ ATTORNEY; ☐ NON ATTORNEY |
| CITY          STATE          ZIP CODE | CITY          STATE          ZIP CODE |
| DATE 4-13-94     AREA CODE AND TELEPHONE NUMBER | DATE          AREA CODE AND TELEPHONE NUMBER |

TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION—ACKNOWLEDGMENT OF REQUEST FOR HEARING

10. Request for Hearing RECEIVED for the Social Security Administration on 4/13/94 by: P Hallowell

CR                    Pine Bluff                    259
(TITLE)                    ADDRESS          Servicing FO Code   PC Code

| 11. ☒ Request timely filed | ☐ Request not timely filed-Attach (1) claimant's explanation for delay, (2) any pertinent letter, material, or information in the Social Security Office. |
|---|---|
| 12. Claimant not represented — ☒ list of legal referral and service organizations provided | 13. Interpreter needed — ☐ enter language (including sign language): |

14.
Check one: ☒ Initial Entitlement Case
☐ Disability Cessation Case
☐ Other Postentitlement Case

15.
Check claim type(s):
☐ RSI only ................................................ (RSI)
☐ Disability—worker or child only ................... (DIWC)
☐ Disability—Widow(er) only ........................ (DIWW)
☐ SSI Aged only ....................................... (SSIA)
☐ SSI Blind only ....................................... (SSIB)
☐ Disability only ...................................... (SSID)
☐ SSI Aged/Title II ................................... (SSAC)
☐ SSI Blind/Title II ................................... (SSBC)
☒ SSI Disability/Title II .............................. (SSDC)
☐ HI Entitlement ...................................... (HIE)
☐ Other—Specify: ( )

16.
HO COPY SENT TO: 5072  HO on 4/13/94
☒ CF Attached:  ☒ Title II;  ☒ Title XVI; or
☐ Title II CF held in FO to establish CAPS ORBIT; or
☐ CF requested:  ☐ Title II;  ☐ Title XVI
(Copy of teletype or phone report attached).

17.
CF COPY SENT TO: _____ HO on _____
☐ CF attached:  ☐ Title II;  ☐ Title XVI
☐ Other attached _____

FORM HA-501-U5 (5-88)
Issue old stock

CLAIMS FOLDER

13

REDACTED

G.57

## PRIVACY ACT AND PAPERWORK ACT NOTICE

The Social Security Act (sections 205(a), 702, 1631 (e)(1)(A) and (B), and 1869(b)(1) and (c), as appropriate) authorizes the collection of information on this form. We need the information to continue processing your claim. You do not have to give it; but if you do not you may not receive benefits under the Social Security Act. We may give out information on this form without your written consent if we need to get more information to decide if you are eligible for benefits or if a Federal law requires us to do so. Specifically, we may provide information to another Federal, State, or local government agency which is deciding your eligibility for a government benefit or program; to the President or a Congressman inquiring on your behalf; to an independent party who needs statistical information for a research paper or audit report on a Social Security program; or to the Department of Justice to represent the Federal Government in a court suit related to a program administered by the Social Security Administration. We explain, in the Federal Register, these and other reasons why we may use or give out information about you. If you would like more information, get in touch with any Social Security Office.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

These and other reasons why information about you may be used or given out are explained in the Federal Register. If you want to learn more about this, contact any Social Security Office.

## TIME IT TAKES TO COMPLETE THIS FORM

We estimate that it will take you about 10 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on how long it takes to complete this form or on any other aspect of this form, write to the Social Security Administration. ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235, and to the Office of Management and Budget, Paperwork Reduction Project (0960-0269), Washington, D.C. 20503. Do not send completed forms or information concerning your claim to these offices.

FORM HA-501-U5 (5-88)
Issue old stock

G.58

# Social Security
# Notice of Reconsideration

From:   Department of Health and Human Services
        Social Security Administration

Bruce G. Webster

Pine Bluff, AR   71603

Date:   APR  5 1994

Claim Number:

Claim for
☐   Disability Insurance Benefits
☐   Disabled Widow, Widower Benefits
☒   Childhood Disability Benefits
☐   Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. Read the enclosed leaflet for a full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social Security office. Most questions can be handled by telephone or mail. If you visit an office, however, please take this letter with you.

Enclosure:
SSA Pub. No. 70-10281
759
**Important: See other side for additional information.** ▶

EXHIBIT NO. 11   2 PAGES

Form SSA-L928-U2 (2-90)

REDACTED   G.59

Summarized below are legal requirements for the various types of disability claims:

Disability Insurance Claim
To be considered disabled, a person must be unable to do any substantial gainful work due to a medical condition which has lasted or is expected to last for at least 12 months in a row. The condition must be severe enough to keep a person from working not only in his or her usual job, but in any other substantial gainful work. We look at the person's age, education, training and work experience when we decide whether he or she can work.

Disabled Widow (Widower) Claim
A widow, widower, or surviving divorced wife (age 50-60) must meet the disability requirement of the law within a specified 7-year period. A person may be considered disabled only if he or she has a physical or mental impairment that is so severe as to ordinarily prevent a person from working. The disability must have lasted or be expected to last for a continuous period of at least 12 months.

Childhood Disability Benefits
Childhood disability benefits may be paid to a person age 18 or older if the person has a disability which began before age 22 or within 84 months of the end of an earlier period of childhood disability. The condition, whether physical or mental, must be severe enough to keep the person from doing any substantial gainful work. We look at the person's age, education and previous training when we decide whether he or she can work. In addition, the condition must have lasted or be expected to last for at least 12 months in a row.

Form SSA-L928-U2 (2-90)

G.60

DEPARTMENT OF HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION

TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

The information on this form is authorized by regulation (20 CFR 404.907 – 404.921 and 416.1407 – 416.1421). While your responses to these questions is voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished.

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(if different from claimant.)* |
|---|---|
| Bruce C. Webster | Willie Webster |

| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) CLAIM NUMBER |
|---|---|
| ▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉ |

SPOUSE'S SOCIAL SECURITY NUMBER
*(Complete ONLY in SSI cases)*

3/17/94 AF

CLAIM FOR: *(Specify type, e.g., retirement, disability, hospital insurance, SSI, etc.)*
Disability, CDB claim

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:
I feel I have problems. Senus and other problems /slow learner that make me disabled

### SUPPLEMENTAL SECURITY INCOME RECONSIDERATION ONLY *(See reverse of claimant's copy)*

"I want to appeal your decision about my claim for supplemental security income, SSI. I've read the back of this form about the three ways to appeal. I've checked the box below."

[X] Case Review   [ ] Informal Conference   [ ] Formal Conference

### EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN – ENTER ADDRESSES FOR BOTH

| SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE | CLAIMANT SIGNATURE |
|---|---|
| [ ] NON-ATTORNEY  [ ] ATTORNEY | Bruce Webster |

| STREET ADDRESS | STREET ADDRESS ▉▉▉▉▉▉▉ |
|---|---|

| CITY | STATE | ZIP CODE | CITY Pine Bluff | STATE Ar | ZIP CODE 71603 |
|---|---|---|---|---|---|

| TELEPHONE NUMBER *(Include area code)* ( — — ) | DATE | TELEPHONE NUMBER *(Include area code)* ( ▉▉▉ ) | DATE 3/17/94 |
|---|---|---|---|

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See reverse of claim folder copy for list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? [X] YES [ ] NO | 2. CLAIMANT INSISTS ON FILING [ ] YES [ ] NO |
|---|---|

3. IS THIS REQUEST FILED TIMELY? [X] YES [ ] NO
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

| RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125) | SOCIAL SECURITY OFFICE ADDRESS |
|---|---|
| [X] NO FURTHER DEVELOPMENT REQUIRED  (GN 03102.125) | P.O. Box 8309 |
| [ ] REQUIRED DEVELOPMENT ATTACHED | Pine Bluff, Ar |
| [ ] REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS | 71611 |

| ROUTING INSTRUCTIONS (CHECK ONE) → | [ ] DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)* | [ ] ODO, BALTIMORE | [ ] PROGRAM SERVICE CENTER |
|---|---|---|---|
| | [ ] INTPSC, BALTIMORE | [ ] DISTRICT OFFICE RECONSIDERATION | [ ] OCRO BALTIMORE |

NOTE: TAKE OR MAIL COMPLETED COPIES TO YOUR SOCIAL SECURITY OFFICE

FORM SSA-561-U2 (9-85)     CLAIMS FOLDER     8 .2

G.61

**REDACTED**

# ADMINISTRATIVE ACTIONS THAT ARE INITIAL DETERMINATIONS
## (See GN 03101.190, GN 03101.200, and GN 03110.210)

NOTE: These lists cover the vast majority of administrative actions that are initial determinations. However, they are not all inclusive.

## Title II

1. Entitlement or continuing entitlement to benefits;
2. Reentitlement to benefits;
3. The amount of benefit;
4. A recomputation of benefit;
5. A reduction in disability benefits because benefits under a worker's compensation law was also received;
6. A deduction from benefits on account of work;
7. A deduction from disability benefits because of claimant's refusal to accept rehabilitation services;
8. Termination of benefits;
9. Penalty deductions imposed because of failure to report certain events;
10. Any overpayment or underpayment of benefits;
11. Whether an overpayment of benefits must be repaid;
12. How an underpayment of benefits due a deceased person will be paid;
13. The establishment or termination of a period of disability;
14. A revision of an earnings record;
15. Whether the payment of benefits will be made, on the claimant's behalf to a representative payee, unless the claimant is under age 18 or legally imcompetent;
16. Who will act as the payee if we determine that representative payment will be made;
17. An offset of benefits because the claimant previously received Supplemental Security Income payments for the same period;
18. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that the claimant will not have to return to the disability benefit rolls and thus, whether the claimant's benefits may be continued even though the claimant is not disabled; and

19. Nonpayment of benefits because of claimant's confinement in a jail, prison, or other penal institution or correctional facility for conviction of a felony.

## Title XVI

1. Eligibility for, or the amount of, Supplement Security Income benefits;
2. Suspension, reduction, or termination of Supplemental Security Income benefits;
3. Whether an overpayment of benefits must be repaid;
4. Whether payments will be made, on claimant's behalf to a representative payee, unless the claimant is under age 18, legally incompetent, or determined to be a drug addict or alcoholic;
5. Who will act as payee if we determine that representative payment will be made;
6. Imposing penalties for failing to report important information;
7. Drug addiction or alcoholism;
8. Whether claimant is eligible for special SSI cash benefits;
9. Whether claimant is eligible for special SSI eligibility status;
10. Claimant's disability; and
11. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that claimant will not have to return to the disability benefit rolls and thus, whether claimant's benefits may be continued even though he or she is not disabled.

NOTE: Every redetermination which gives an individual the right of further review constitutes an initial determination.

## Title XVIII

1. Entitlement to hospital insurance benefits and to enrollment for supplementary medical insurance benefits;
2. Disallowance (including denial of application for HIB and denial of application for enrollment for SMIB);
3. Termination of benefits (including termination of entitlement to HI and SMI).

FORM SSA-561-U2 (9-85)

G.62

# Social Security Notice

From: Department of Health and Human Services
Social Security Administration

Date: FEB 8 1994

Bruce C. Webster

Pine Bluff, AR 71603

Claim Number:

☐ Disability Insurance Benefits
☐ Disabled Widow/Widower Benefits
☒ Childhood Disability Benefits

We have determined that you are not entitled to disability benefits based on the claim that you filed. The attached page explains why we decided that you are not disabled. However, you may appeal this determination if you still think you are disabled.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations. The law is explained on the back of this page.

In addition, you are not entitled to any other benefits based on this application. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

## YOUR RIGHT TO APPEAL

If you think we are wrong, you can ask that the determination be looked at by a different person. This is called a reconsideration. IF YOU WANT A RECONSIDERATION, YOU MUST ASK FOR IT WITHIN 60 DAYS FROM THE DATE YOU RECEIVE THIS NOTICE. IF YOU WAIT MORE THAN 60 DAYS, YOU MUST GIVE US A GOOD REASON FOR THE DELAY. Your request must be made in writing through any Social Security office. Be sure to tell us your name, Social Security number and why you think we are wrong. If you cannot write to us, call a Social Security office or come in and someone will help you. You can give us more facts to add to your file. However, if you do not have the evidence yet, you should not wait for it before asking for a reconsideration. You may send the evidence in later. We will then decide your case again. You will not meet with the person who will decide your case. Please read the enclosed leaflet for a full explanation of your right to appeal.

## NEW APPLICATION

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

cs                                                                                     759

Enclosure:
SSA Publication No. 05-10058

Important: See other side for additional information.▶

Form SSA-L443-U2 (2-90)

EXHIBIT NO. 6 2 PAGES

**REDACTED**        G.63

If you have any questions, call, write, or visit, any Social Security office. Most questions can be handled by telephone or mail. If you visit a Social Security office, please take this notice with you.

## REQUIREMENTS FOR DISABILITY BENEFITS

**Disability Insurance Benefits**
To be considered disabled, a person must be unable to do any substantial gainful work due to a medical condition which has lasted or is expected to last for at least 12 months in a row. The condition must be severe enough to keep a person from working not only in his or her usual job, but in any other substantial gainful work. We look at the person's age, education, training and work experience when we decide whether he or she can work.

The condition must be disabling at a time when the person meets the earnings requirement. If you were not disabled when the earnings requirement was met, we have enclosed a leaflet which explains the earnings requirement and tells how Social Security credits are earned.

**Disabled Widow or Widower Benefits**
To be considered disabled, a widow, widower or surviving divorced spouse (age 50 to 60) must have a physical or mental condition severe enough to keep a person from working. The condition must have lasted or be expected to last for at least 12 months in a row.

The person's disability must start:

- not later than 7 years after the month of death of the wife or husband; or;
- for a widow, widower or surviving divorced spouse formerly entitled to mother's or father's benefits not later than 7 years after the month those benefits ended, or;
- for a widow/widower or surviving divorced spouse who was previously disabled and who becomes disabled again, not later than 7 years after the prior period of disability ended.

**Childhood Disability Benefits**
Childhood disability benefits may be paid to a person age 18 or older if the person has a disability which began before age 22 or within 84 months of the end of an earlier period of childhood disability. The condition, whether physical or mental, must be severe enough to keep the person from doing any substantial gainful work. We look at the person's age, education and previous training when we decide whether he or she can work. In addition, the condition must have lasted or be expected to last for at least 12 months in a row.

## OTHER IMPORTANT INFORMATION

Definitions of disability are not the same in all government and private disability programs. Government agencies must follow the laws that apply to their own disability programs. A finding by a private organization or other government agency that a person is disabled does not necessarily mean that the person meets the disability requirements of the Social Security Act.

No benefits may be paid to a wife, husband or child unless the wage earner or self-employed person is entitled to Social Security disability insurance benefits.

Form SSA-L443-U2 (2-90)

G.64

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

Form Approved
OMB No. 0960-0504

## MEDICAL HISTORY AND DISABILITY REPORT
## WIDOW, WIDOWER, SURVIVING DIVORCED WIFE, OR DISABLED CHILD

PLEASE PRINT, TYPE, OR WRITE CLEARLY AND ANSWER ALL ITEMS TO THE BEST OF YOUR ABILITY. If you are filling on behalf of someone else, enter his or her name and social security number in the space provided and answer all questions. COMPLETE ANSWERS WILL AID IN PROCESSING THE CLAIM.

### PART I – IDENTIFYING INFORMATION

1. Full name of person on whose Social Security record the claim is being filed (first name, middle initial, last name):

**Willie L. Webster**

Enter his or her Social Security Number:

2. Print your name (disabled person):

**Bruce Webster**

Enter your Social Security Number:

### PART II – INFORMATION ABOUT YOUR CONDITION AND TREATMENT

3A. What is your disabling condition? Briefly describe the disabling illness:

**Sinus problem + headaches**

| 3B. When did you become disabled? | MONTH | DAY | YEAR |
|---|---|---|---|
| | 5 | 31 | 83 |

4A. Have you worked since you became disabled?   ☐ YES   ☐ NO

4B. If "yes," show the dates you worked and the amount of money you earned:

| DATES | AMOUNTS |
|---|---|
| | |
| | |

| 5. If you are no longer disabled, show the date you believe your disability ended | MONTH | DAY | YEAR |
|---|---|---|---|
| | | | |

Form SSA-3820-F6 (1-92)

1

EXHIBIT NO. 2   1 of 1 PAGES

**REDACTED**   G.65

If more space is needed, list the other agencies, their addresses, your claim numbers, dates, and treatment received in Part III.

6. List the name, address and telephone number of the doctor who has the latest medical records about your disabling condition. ☐

NAME

ADDRESS

TELEPHONE NUMBER (Include area code)

HOW OFTEN DO YOU SEE THIS DOCTOR?  DATE YOU FIRST SAW THIS DOCTOR  DATE YOU LAST SAW THIS DOCTOR

REASONS FOR VISITS (show illness or injury for which you had an examination or treatment)

TYPE OF TREATMENT OR MEDICINES RECEIVED (such as surgery, chemotherapy, radiation, and the medicines you take for your illness or injury, if known. If no treatment or medicines, show "NONE.")

7. Have you seen any other doctors since your disabling condition began?  ☐ YES  ☐ NO
If yes, show the following:

NAME

TELEPHONE NUMBER (Include area code)

HOW OFTEN DO YOU SEE THIS DOCTOR?  DATE YOU FIRST SAW THIS DOCTOR  DATE YOU LAST SAW THIS DOCTOR

REASON FOR VISITS (show illness or injury for which you had an examination or treatment)

TYPE OF TREATMENT OR MEDICINES RECEIVED (such as surgery, chemotherapy, radiation, and the medicines you take for your illness or injury, if known. If no treatment or medicines, show "NONE.")

If you have seen other doctors since your illness, list their names, addresses, dates, and reasons for visits in Part III.  ☐ YES  ☐ NO
If yes, show the following:

NAME OF HOSPITAL OR CLINIC

ADDRESS

PATIENT OR CLINIC NUMBER

Were you an inpatient? (Stayed at least overnight?)  ☐ YES  ☐ NO  If yes, show:        Were you an outpatient?  ☐ YES  ☐ NO

DATES OF ADMISSIONS  DATES OF DISCHARGES  DATE OF VISITS

REASON FOR HOSPITALIZATION OR CLINIC VISITS (show illness or injury for which you had an examination or treatment)

TYPE OF TREATMENT OR MEDICINES RECEIVED (such as surgery, chemotherapy, radiation and the medicines you take for your illness or injury, if known. If no treatment or medicines, show "NONE.")

If you have been in other hospitals or clinics for your illness or injury, list the names and dates, patient or clinic numbers, dates and reasons for hospitalization or clinic visits in Part III.

9. Have you been seen by other agencies for your disabling condition? (VA, Worker's Compensation, Vocational Rehabilitation, Welfare, etc.)  ☐ YES  ☐ NO

NAME OF AGENCY

ADDRESS OF AGENCY

YOUR CLAIM NUMBER

DATES OF VISITS

TYPE OF TREATMENT, EXAMINATION, OR MEDICINES RECEIVED (such as surgery, chemotherapy, radiation, and the medicines you take for your illness or injury, if known. If no treatment or medicines, show "NONE.")

Form SSA-3820-F6 (1-92)

2

G.66

| | | |
|---|---|---|
| Electrocardiogram | ☐ YES ☒ NO | |
| Chest X-Ray | ☐ YES ☒ NO | |
| Other X-Ray (Name the body part here) | ☐ YES ☒ NO | |
| Breathing Tests | ☐ YES ☒ NO | |
| Blood Tests | ☐ YES ☒ NO | |
| Other (Specify) | ☐ YES ☐ NO | |

Watson Chapel School Pine Bluff AR 71603    1984 n 85 - 1987 m

(Calenson School) 4600 W 13 Ave    1979 - 1984

Pine Bluff, AR 71603

8th



Form SSA-3820-F6 (1-92)

4

**G.68**

## DETACH THIS PAGE

### PART V — FOR SSA USE ONLY — DO NOT WRITE BELOW THIS LINE

| NAME OF CLAIMANT | CLAIM NUMBER |
|---|---|
| Bruce Webster | ████████████ |

**14A. Was claimant ever or is now entitled to any type of monthly Social Security benefits?**

☒ YES (If "yes", answer B, C, D and E)  ☐ NO (If "no", go on to item 15.)

| 14B. ENTER NAME OF PERSON ON WHOSE SOCIAL SECURITY RECORD CLAIMANT FILED OTHER APPLICATION. | 14C. ENTER SOCIAL SECURITY NUMBER OF PERSON NAMED IN B (If unknown, so indicate). |
|---|---|
| Willie L. Webster | ████████████ |

| 14D. WHAT KIND OF BENEFITS DID OR DOES CLAIMANT RECEIVE? (For example, widows, mother's, disabled child's) | 14E. ENTER MONTH AND YEAR BENEFITS ENDED OR WILL END. | |
|---|---|---|
| Child | MONTH 05 | YEAR 91 |

15. Check any of the following categories which apply to this case:

Presumptive Disability or Blindness Considerations
(If any of these boxes are checked, DO's (and DDS's) should be alert to the possibility of a presumptive disability or blindness decision in SSI claims per DI 00404.210 and DI 2152.5)

A. ☐ Amputation of two limbs

B. ☐ Amputation of a leg at the hip

C. ☐ Allegation of total deafness

D. ☐ Allegation of total blindness

E. ☐ Allegation of bed confinement or immobility without a wheelchair, walker, or crutches, allegedly due to a longstanding condition - exclude recent accident and recent surgery.

F. ☐ Allegation of a stroke (cerebral vascular accident) more than 3 months in the past and continued marked difficulty in walking or using a hand or arm.

G. ☐ Allegation of cerebral palsy, muscular dystrophy or muscular atrophy and marked difficulty in walking (e.g., use of braces), speaking or coordination of the hands or arms.

H. ☐ Allegation of diabetes with amputation of a foot.

I. ☐ Allegation of Down's Syndrome (Mongolism).

J. ☐ An applicant filing on behalf of another individual alleges severe mental deficiency for claimant who is at least 7 years of age. The applicant alleges that the individual attends (or attended) a special school, or special classes in school, because of his mental deficiency, or is unable to attend any type of school (or if beyond school age was unable to attend), and requires care and supervision of routine daily activities.

K. ☐ Allegation of renal disease requiring dialysis on a regularly scheduled basis.

| 16. Does the claimant speak English? | LANGUAGE(S) |
|---|---|
| ☒ YES  ☐ NO (If "no", what language does he or she speak?) | |

| 17. Does the claimant need assistance in prosecuting his or her claim? (If "yes", show name, address, relationship and telephone number of interested party willing to assist claimant.) | ☐ YES  ☒ NO |
|---|---|

| NAME | ADDRESS | RELATIONSHIP | TELEPHONE NUMBER (area code) |
|---|---|---|---|
| | | | |

18. Is capability development by the DDS necessary?
(If "yes", show "DDS Capability Development needed" in item 11 of the SSA-831-U5.)  ☐ YES  ☐ NO

Form SSA-3820-F6 (1-88)

5

**REDACTED**  G.69

**19A.** Check each item to indicate if any difficulty was observed:

| | | | | | |
|---|---|---|---|---|---|
| Reading | ☐ Yes | ☐ No | Using Hands | ☐ Yes | ☐ No |
| Writing | ☐ Yes | ☐ No | Breathing | ☐ Yes | ☐ No |
| Answering | ☐ Yes | ☐ No | Seeing | ☐ Yes | ☐ No |
| Hearing | ☐ Yes | ☐ No | Walking | ☐ Yes | ☐ No |
| Sitting | ☐ Yes | ☐ No | | | |
| Understanding | ☐ Yes | ☐ No | Other (Specify): _____ | | |

**19B.** If any of the above items were checked "yes," describe the exact difficulty involved:

**PRESCRIBED PERIOD — COMPLETE IN ALL CASES EXCEPT DISABLED CHILD CASES.**

| 20A. Beginning date (fill in all applicable dates, check latest) | MONTH |
|---|---|
| ☐ W/E's death | |
| ☐ Last month of previous entitlement to Disabled Widow(er) benefits | |
| ☐ Last month of entitlement to Mother's benefits | |

| 20B. Ending date (fill in dates, check earliest) | MONTH |
|---|---|
| ☐ If filing for monthly benefits, the month before the month widow(er) attains age 60 | |
| ☐ If filing for Medicare only, the month before the month widow(er) attains age 65 | |
| ☐ Eighty-four months (7 years) following the beginning date checked in 20A. | |

| 21. Controlling date for development of medical evidence — DWB case | MONTH | DAY | YEAR |
|---|---|---|---|
| | | | |

**22.** Medical Development — Initiated by District or Branch office

| SOURCE | DATE REQUESTED | DATE(S) OF FOLLOW-UP | CAPABILITY DEVELOPMENT REQUESTED |
|---|---|---|---|
| | | | |
| | | | |

| 23. DO curtailed completion of items 12 and 13 per DI 11005.035 (DI 20501.005B) | ☒ Yes   ☐ No |
|---|---|

| 24. Is development of work activity necessary? | ☐ Yes   ☒ No |
|---|---|
| If "yes", is an SSA-820-F4 or SSA-821-F4 | ☐ Pending   ☐ In File |

| 25. SSA-3820-F6 taken by: ☐ Personal Interview ☐ Telephone ☐ Mail | 26. Form supplemented ☐ Yes ☐ No If "yes" by: ☐ Personal Interview ☐ Telephone ☐ Mail |
|---|---|

| Signature of DO or BO Interviewer or Reviewer | TITLE | DATE |
|---|---|---|
| *Earline Crisp - Hallewell* | CR | 10/4/93 |

Form SSA-3820-F6 (1-86)

6

U.S. Government Printing Office: 1991 — 261-908/40042

G.70