# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 19, 2014

*By the Court:*

| | |
|---|---|
| No.: 14-1049 | BRUCE WEBSTER,<br>Petitioner - Appellant<br>v.<br>JOHN F. CARAWAY, Warden,<br>Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:12-cv-00086-WTL-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence | |

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**, filed on February 13, 2014, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.  The brief and required short appendix of the appellant will be due by February 28, 2014.

2.  The brief of the appellee will be due by March 31, 2014.

3.  The reply brief of the appellant, if any, will be due by April 14, 2014.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).