**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

—————————————

**NO. 14-1049**

—————————————

| | | |
|---|---|---|
| **BRUCE WEBSTER,** | ) | |
| | ) | **Appeal from the United States** |
| **Appellant,** | ) | **District Court for the** |
| | ) | **Southern District of Indiana** |
| **v.** | ) | **Terre Haute Division** |
| | ) | |
| **JOHN F. CARAWAY, Warden,** | ) | **The Honorable WILLIAM T. LAWRENCE** |
| | ) | |
| **Appellee.** | ) | **Cause No. 2:12-CV-086-WTL-WGH** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The United States of America, by and through its attorneys, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Wes Hendrix, Special Assistant United States Attorney, moves this Court, pursuant to Fed. R. App. P. 26(b) and Circuit Rule 26, for an extension of time of 30 days to and including April 30, 2014, in which to file the brief of the United States for the reasons set forth below.

1.  Bruce Webster is currently in federal custody in the Special Confinement Unit at the United States Penitentiary, Terre Haute. He received a sentence of death, but his execution has been stayed

pending the outcome of *Roane v. Gonzalez*, 1:05-CV-2337 (D. D.C.), which involves the method of lethal injection used by the federal government.

2. The brief of the United States is currently due on March 31, 2014.

3. No previous extensions have been requested, and opposing counsel is unopposed to the requested extension.

4. The undersigned counsel for the government needs an extension of time to prepare the brief for two primary reasons. As explained in more detail in the attached affidavit, the matter is complex and involves a lengthy factual and procedural background. Moreover, the Assistant U.S. Attorney who has handled the litigation related to Webster recently retired. Thus, a new Assistant U.S. Attorney is handling this appeal, and he has spent much time familiarizing himself with the case. The combination of these factors precludes counsel from preparing a sufficiently thorough and helpful brief by the current deadline.

WHEREFORE, for the foregoing reasons, the United States respectfully requests an enlargement of time of 30 days, to and

including April 30, 2014, to prepare a brief that will provide appropriate assistance to the Court.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By:   s/ Wes Hendrix
Wes Hendrix
Special Assistant U.S. Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Motion upon the parties listed herein, by United States mail on the 17th day of March, 2014.

s/ Wes Hendrix
Wes Hendrix
Special Assistant U.S. Attorney

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

———————————

**NO. 14-1049**

———————————

| | | |
|---|---|---|
| BRUCE WEBSTER, | ) | |
| | ) | **Appeal from the United States** |
| Appellant, | ) | **District Court for the** |
| | ) | **Southern District of Indiana** |
| v. | ) | **Terre Haute Division** |
| | ) | |
| JOHN F. CARAWAY, Warden, | ) | **The Honorable WILLIAM T. LAWRENCE** |
| | ) | |
| Appellee. | ) | **Cause No. 2:12-CV-086-WTL-WGH** |

**<u>DECLARATION OF WES HENDRIX</u>**

1.     I am the Special Assistant United States Attorney who has the primary responsibility of responding to Appellant's brief.

2.     Preparation of the Appellee's brief has commenced, but despite reasonable efforts, I will not be able to complete it by March 31, 2014.   Two circumstances combine to preclude me from providing a sufficiently thorough and helpful brief by the current deadline.

3.     First, the record and issues presented in this death penalty appeal are complex.   The procedural history includes (i) a lengthy trial that fills 27 record volumes; (ii) a direct appeal from the

conviction and sentence; (iii) a motion to vacate pursuant to 28 U.S.C. § 2255; (iv) an appeal from the denial of that motion; (v) an appeal from the denial of a certificate of appealability on certain issues; (vi) the denial of a motion for authorization to file a successive section 2255 motion; and (vii) the denial of the motion at issue here, filed pursuant to 28 U.S.C. § 2241.   Appellant's brief is 54 pages long and raises four issues, which allegedly presents "a question not directly addressed before by this or any other Circuit."   (Webster Motion for Extension at 3.)

4.   Second, counsel for the government has only recently become involved in this litigation.   The former Assistant U.S. Attorney who handled Webster's various stages of litigation retired. Thus, counsel for the government has been required to spend much time familiarizing himself with this appeal's factual and procedural background.   This process has delayed briefing.

5.   I have contacted Kirsten E. Schubert, counsel for the Appellant, who has indicated that she does not oppose this enlargement of time.

6.   Counsel for the respondent has not requested any previous extensions of time to file this brief, and this request is not

made for purposes of delay, nor for any other improper purpose.

I affirm, under the penalties for perjury, that the foregoing is true and correct.

*s/ Wes Hendrix*
Wes Hendrix
Special Assistant U.S. Attorney
