**U.S. Department of Justice**

United States Attorney
Southern District of Indiana

---

*10 West Market Street*          Main: 317-226-6333
*Indianapolis, IN 46204-3048*     Fax:   317-226-6125

April 30, 2014

The Honorable Gino J. Agnello
Clerk, Seventh Circuit Court of Appeals
219 S. Dearborn Street
Suite 2722
Chicago, IL 60604

    Re:   *Webster v. Caraway,* Case No. 14-1049

Dear Mr. Agnello:

    I am counsel of record in the aforementioned case.  Pursuant to Circuit Rule 34(b)(3), I am writing to respectfully request that the Court avoid scheduling oral argument in this case on the following days due to professional and personal conflicts: May 19-23, May 26-28, June 2-6, June 9, June 12-13, June 18-20, June 23-27, June 30-July 2, August 11-15, and September 16-19.

    Thank you for your consideration in this matter.  Please feel free to contact me if you have any questions.

        Respectfully submitted,

        JOSEPH H. HOGSETT
        United States Attorney

    By:   Wes Hendrix
        Special Assistant U.S. Attorney