No. 14-1049

---

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

BRUCE CARNEIL WEBSTER,
Petitioner / Appellant,

vs.

JOHN CARAWAY, Warden,
United States Penitentiary,
Respondent / Appellee.

Appeal from the United States District Court
For the Southern District of Indiana, Terre Haute Division
Case No.: 2:12-cv-0086-WTL-WGH
The Honorable William T. Lawrence
District Court Judge

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

---

Steven J. Wells
 *Counsel of Record*
Kirsten E. Schubert
Timothy J. Droske
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Appellant Bruce Webster*

Bruce C. Webster, by counsel, Steven J. Wells, respectfully moves the Court for an extension of time within which to file the Reply Brief of the Appellant in the above-captioned cause, and in support thereof states:

1. Bruce C. Webster is currently in federal custody on death row at the United States Penitentiary, Terre Haute. The District Court entered its order denying Mr. Webster's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on November 13, 2013.

2. The Reply Brief of Appellant is due to be filed on or before May 14, 2014. No prior extensions of time have been sought to file the Reply Brief.

3. For the reasons set out in counsel's affidavit, submitted pursuant to Circuit Rule 26 and attached hereto, counsel believes that the brief cannot reasonably be completed prior to June 4, 2014.

4. Assistant United States Attorney, James Wesley Hendrix, has been contacted and has no objection to this extension.

5. Counsel respectfully requests an extension of time through and including June 4, 2014.

**WHEREFORE**, counsel for Bruce C. Webster requests an extension of time within which to file his reply brief, and for any and all other proper relief.

s/ Steven J. Wells
Steven J. Wells
  *Counsel of Record*
Kirsten E. Schubert
Timothy J. Droske
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Appellant Bruce Webster*

## <u>AFFIDAVIT IN SUPPORT OF MOTION<br>FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF</u>

I, Steven J. Wells, counsel for Appellant, Bruce C. Webster, state as follows:

1. I was counsel of record for Mr. Webster in the District Court.

2. I entered my appearance with this Court as counsel of record for Mr. Webster on January 23, 2014.

3. In this appeal, the Government filed its Appellee's Brief on April 30, 2014, pursuant to its unopposed motion to extend its briefing deadline by 30 days, which motion was granted by this Court.

4. The matter under appeal is so complex, and the issues raised are so significant, that an adequate Reply Brief cannot reasonably be prepared before June 4, 2014.

5. This matter involves complicated and important issues of statutory interpretation and constitutional law. Specifically, it pertains to the application of 28 U.S.C. §§ 2255(e) and 2241 in the context of a claim for newly discovered evidence of categorical ineligibility for the death penalty—a question not directly addressed before by this or any other Circuit.

6. Assistant United States Attorney, James Wesley Hendrix, has been contacted and has no objection to this extension.

7. With due diligence and giving proper priority to the preparation of the brief, I do not feel that I can submit the Reply Brief by the current due date, which is May 14, 2014.

8. Accordingly, I respectfully request that the Court extend the deadline for filing Appellant's Reply Brief to June 4, 2014.

I affirm under penalties for perjury that the above representations are true and correct.

s/ Steven J. Wells

Steven J. Wells
　*Counsel of Record*

Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorney for Appellant Bruce Webster*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2014, I electronically filed the foregoing with the Clerk of

Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Notice of this filing will be sent to the following parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.


James Wesley Hendrix
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: wes.hendrix@usdoj.gov


<u>s/ Kirsten E. Schubert</u>
Kirsten E. Schubert
*Attorney for Appellant Bruce Webster*