**STEVEN J. WELLS**
**Partner**
**(612) 340-7809**
**FAX (952) 516-5526**
**wells.steve@dorsey.com**

May 9, 2014

Mr. Gino J. Agnello
Clerk
Seventh Circuit Court of Appeals
219 Dearborn Street
Suite 2722
Chicago, IL  60604

   Re: *Webster v. Caraway*
     *Case No. 14-1049*

Dear Mr. Agnello:

   I am counsel of record in the aforementioned case.  Pursuant to Circuit Rule 34(b)(3), I am writing to respectfully request that the Court avoid scheduling oral argument in this case on the following days due to professional and personal conflicts:  July 8, August 1 – 11, October 2 – 6, and October 29 – November 3, 2014

   Thank you for your consideration in this matter.  Please feel free to contact me if you have any questions.

        Very truly yours,

         s/Steven J. Wells

        Steven J. Wells

SJW:lak