# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

July 8, 2014

| No.: 14-1049 | BRUCE WEBSTER, Petitioner - Appellant |
| | v. |
| | JOHN F. CARAWAY, Warden, Respondent - Appellee |

| **Originating Case Information:** |
| --- |
| District Court No: 2:12-cv-00086-WTL-WGH Southern District of Indiana, Terre Haute Division District Judge William T. Lawrence |

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: **c7_NoticeTransROA**(form ID: **116**)