# United States District Court
## Southern District of Indiana
**Laura A. Briggs**
Clerk of the Court

**105 U.S. Courthouse**
**46 East Ohio Street**
**Indianapolis, Indiana**
 **46204**

**101 Northwest MLK Boulevard**
**Evansville, Indiana**
**47708**

**104 U.S. Courthouse**
**921 Ohio Street**
**Terre Haute, IN**
**47807**

**210 U.S. Courthouse**
**121 West Spring Street**
**New Albany, IN**
**47150**

***reply to NA division***

July 8, 2014

Mr. Gino J. Agnello, Clerk
UNITED STATES COURT OF APPEALS
219 S. Dearborn St, #2722
Chicago IL  60604

        RE:    Bruce Webster v. John F. Caraway, Warden
               USCA  No. 14-1049
               USDC  No. 2:12-cv-86-WTL-WGH

Dear Mr. Agnello:

        Attached to this docket entry please find the long record in the above referenced case, sent per the Notice to Transmit Record on Appeal dated July 8, 2014.  The record consists of:

        1  Vol. Pleadings
        5  Vol. Oversized Documents (Doc 3 & 41)

                        Sincerely,

                        Laura A. Briggs

                BY:_____
                        Deputy Clerk, U.S. District Court