Case: 14-1049     Document: 28     Filed: 07/11/2014     Pages: 1

United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street - Room 2722
Chicago, IL 60604

Appeal No. 14-1049                          Date Set: July 24, 2014          A.M. ☑

Short Title: Webster v. Caraway                                             P.M. ☐

Circuit Rule 34(a) requires that counsel who will be presenting oral argument must notify the Clerk of that fact. Therefore the names of such counsel must be listed below, and the card returned to the Clerk **not later than five days before the argument**. Please list the names of all attorneys who will be representing oral argument on your "side" of this appeal. At the bottom of the card check whether those counsel represent the appellant or the appellee. If only one counsel will be arguing on your "side" please check that box also. Attorneys who will present oral argument certify that they are admitted to practice in this Court and they have filed a Disclosure Statement pursuant to Circuit Rule 26.1.

Attorneys:    1. Steven J. Wells                                        (print name)

              2.                                                        (print name)

Telephone(s):   1. (612) 340-7809                    2.

Only Attorney ☑        For Appellant ☑        For Appellee ☐

APPELLANTS ONLY  5 minutes reserved for          REBUTTAL TIME