# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## REQUEST TO FILE AN ANSWER TO PETITION FOR REHEARING EN BANC

September 22, 2014

| | |
|---|---|
| No.: 14-1049 | BRUCE WEBSTER,<br>Petitioner - Appellant<br><br>v.<br><br>JOHN F. CARAWAY, Warden,<br>Respondent - Appellee |

**Originating Case Information:**

District Court No: 2:12-cv-00086-WTL-WGH
Southern District of Indiana, Terre Haute Division
District Judge William T. Lawrence

**To:** Mr. James Wesley Hendrix
OFFICE OF THE UNITED STATES ATTORNEY
Northern District of Texas
1100 Commerce Street
Suite 300
Dallas, TX 75242

A Petition for Rehearing and Petition for Rehearing En Banc was filed by counsel for appellant on September 15, 2014.

Counsel for appellee is requested to file an answer to the petition by October 6, 2014. Counsel shall file thirty (30) copies of the answer, which shall not exceed fifteen (15) pages. *Fed. R. App. P. 40(b)*. The cover of the answer, if used, must be white. *Fed. R. App. P. 32(c)(2)(A)*.