IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

## No. 14-1049

BRUCE CARNEIL WEBSTER,

Petitioner-Appellant,

v.

JOHN F. CARAWAY, Warden,

Respondent-Appellee.

On Appeal from the United States District Court
For the Southern District of Indiana
Judge William T. Lawrence
District Court No. 2:12-cv-00086-WTL-WGH

## PETITIONER-APPELLANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR REHEARING *EN BANC*

## THIS IS A DEATH PENALTY CASE

Pursuant to Fed. R. App. P. 27 & 35, Petitioner-Appellant, Bruce Carneil Webster, respectfully requests leave to file a Reply In Support of Petition for Rehearing *En Banc*.

Neither the Federal Rules of Appellate Procedure nor this Court's rules permit or prohibit a reply in support of a petition for rehearing *en banc*. However, under the Federal Rules, the party seeking relief typically has an opportunity to reply to any opposition to the relief being sought. *See, e.g.*, Fed. R. App. P. 28(c) (permitting reply brief). Indeed, Fed. R. App. P. 27 was amended in 1998 with new section 27(a)(4) to allow a party who submits a motion to file a reply to any response. *See* Fed. R. App. P. 27 Advisory Committee Notes, 1998 Amendments.

In the instant case, Mr. Webster seeks leave to file a reply to allow him to explain to the Court that the Response of Respondent-Appellee fails to address several arguments made by Mr. Webster in his Petition, and to respond to those arguments that were made in response.

Finally, granting this motion should not prejudice Respondent-Appellee. The Response was submitted on Monday, October 6, 2014, and filed by the Court on Tuesday, October 7, 2014. Paper copies were not due to the Court until Thursday, October 9, 2014. Meanwhile, Webster's Reply, which is accompanying this motion, will reach the Court on Friday, October 10, 2014, and paper copies will arrive at the Court on Monday, October 12, 2014.

For all of the foregoing reasons, the Court should grant Mr. Webster leave to file the attached Reply In Support of the Petition for Rehearing *En Banc*.

Respectfully submitted,

Dated: October 10, 2014                    DORSEY & WHITNEY LLP

By:  /s/Steven J. Wells
       Steven J. Wells
        *Counsel of Record*
       Kirsten E. Schubert
       Timothy J. Droske
     Suite 1500, 50 South Sixth Street
     Minneapolis, MN 55402-1498
     Telephone:  (612) 340-2600

     *Attorneys for Petitioner-Appellant*
     *Bruce Carneil Webster*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, I electronically filed the foregoing Motion for Leave to File a Reply In Support of Petition for Rehearing *En Banc* and the attached Reply Brief In Support of Petition for Rehearing *En Banc* with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

     /s/Timothy J. Droske
     Timothy J. Droske

3