# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PETITION FOR REHEARING DOCUMENT REQUEST

November 6, 2014

| | |
|---|---|
| No.: 14-1049 | BRUCE WEBSTER,<br>Petitioner - Appellant<br><br>v.<br><br>JOHN F. CARAWAY, Warden,<br>Respondent - Appellee |

| Originating Case Information: |
|---|
| District Court No: 2:12-cv-00086-WTL-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence |

The Court, having granted the Petition for Rehearing En Banc, requests that counsel re-submit thirty five (35) copies of all briefs, appendices and citations of additional authority to the Clerk's Office by 11/13/2014.

If there are any difficulties in meeting this request, please contact me in the Clerk's Office at 312-435-5850. Your prompt attention to this matter will be greatly appreciated.

Sincerely,

Greg Wzorek

form name: c7_RehearingLetterIss(form ID: 138)