# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 1, 2015

Before:

DIANE P. WOOD, Chief Judge
WILLIAM J. BAUER, Circuit Judge
RICHARD A. POSNER, Circuit Judge
JOEL M. FLAUM, Circuit Judge
FRANK H. EASTERBROOK, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
ILANA DIAMOND ROVNER, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge
DIANE S. SYKES, Circuit Judge
JOHN DANIEL TINDER, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

|  |  |
|---|---|
| No. 14-1049 | BRUCE CARNEIL WEBSTER,<br>Petitioner - Appellant<br><br>v.<br><br>CHARLES A. DANIELS, Warden, United States Penitentiary, Terre Haute,<br> Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:12-cv-00086-WTL-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence |

The judgment of the District Court is REVERSED, with costs, and the case is REMANDED for further proceedings consistent with the opinion, in accordance with the decision of this court entered on this date.