# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 6, 2015

*By the Court:*

| | |
|---|---|
| No. 14-1049 | BRUCE CARNEIL WEBSTER,<br>Petitioner - Appellant<br><br>v.<br><br>CHARLES A. DANIELS, Warden, United States Penitentiary, Terre Haute,<br>Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:12-cv-00086-WTL-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence |

Upon consideration of the **UNOPPOSED MOTION TO STAY THE MANDATE**, filed on May 6, 2015, by counsel for Appellee Charles Daniels,

**IT IS ORDERED** that the motion is **GRANTED**. The mandate is **STAYED** until August 31, 2015, pursuant to F.R.A.P. 41(d)(2)(B).

form name: **c7_Order_BTC**(form ID: **178**)