**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

_____

**NO. 14-1049**

_____

|  |  |  |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Cause No. 2:12-CR-0086 WTL-WGH |
| | ) | Judge William Lawrence |
| CHARLES A. DANIELS, WARDEN, | ) | |
| | ) | |
| Appellee. | ) | |

**PETITIONER-APPELLANT'S BILL OF COSTS**

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) ss. |
| COUNTY OF HENNEPIN | ) |

I, KIRSTEN E. SCHUBERT, being first duly sworn, deposes and states as follows:

1.      I am an attorney at the law firm of Dorsey & Whitney LLP ("Dorsey") and serve as counsel for Petitioner-Appellant Bruce Carneil Webster in this matter.

2.      I submit this affidavit for costs and disbursements pursuant to Rule 39 of the Federal Rules of Appellate Procedure, Circuit Rule 39, and the Order of Final Judgment entered in this matter on May 1, 2015.

3.      I have reviewed Dorsey's internal billing records which reflect costs incurred in this matter, and which are prepared and maintained in the regular course of business.  These records reflect, in chronological order, the dates on which Dorsey, on behalf of Petitioner-Appellant Webster, incurred each item of costs in this matter, a description of the costs incurred, the identity of the timekeeper performing the service or authorizing the cost, and the amounts actually incurred.

4.      From January 9, 2014, the date the Notice of Appeal was filed, and May 1, 2015, the date final judgment was entered, a total of $2,235.27 in recoverable costs were incurred by Petitioner-Appellant in this action.

5.      The following is a true and correct statement of compensable costs and disbursements incurred by or on behalf of Petitioner-Appellant in this matter:

a.      $505 filing fee (January 9, 2014);

b.      $184.08 for printing and binding copies of Petitioner-Appellant's Brief and Appendix (February 20, 2014);

c.      $198.87 for delivery of Petitioner-Appellant's Brief and Appendix via Federal Express (February 21, 2014);

d.      $62.52 for printing and binding copies of Petitioner-Appellant's Reply Brief (June 5, 2014);

e.      $48.20 for delivery of Petitioner-Appellant's Reply Brief via Federal Express (June 5, 2014);

f.      $112.32 for printing and binding copies of Petitioner-Appellant's Petition for Rehearing *En Banc* (September 16, 2014);

g.     $54.16 for delivery of Petitioner-Appellant's Petition for Rehearing *En Banc* via Federal Express (September 16, 2014);

h.     $112.32 for printing and binding copies of Petitioner-Appellant's Motion for Leave to File a Reply and Reply in Support of Petition for Rehearing *En Banc* (October 10, 2014);

i.     $116.36 for delivery of Petitioner-Appellant's Motion for Leave to File a Reply and Reply in Support of Petition for Rehearing *En Banc* via Federal Express (October 10, 2014);

j.     $533.50 printing and binding additional copies of all briefs, appendices, and citations of authority as required for Rehearing *En Banc* (November 7, 2014); and

k.     $307.94 for delivery of additional copies of all briefs, appendices, and citations of authority as required for Rehearing *En Banc* via Federal Express (November 10, 2014).

6.      All copies of briefs and appendices were produced using Dorsey's internal resources at a rate of 6 cents per page plus $3.00 per bound copy.  No commercial printing vendor was used.

Date: May 15, 2015

s/Kirsten E. Schubert
Kirsten E. Schubert

Subscribed and sworn to before me
this 15th day of May, 2015.

s/Sheri A. Hilgers_____

        Notary Public

My Commission Expires:  1/31/20

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: gerald.coraz@usdoj.gov

James Wesley Hendrix
OFFICE OF THE UNITED STATES ATTORNEY
Northern District of Texas
Suite 300
1100 Commerce Street
Dallas, TX 75242
Email: wes.hendrix@usdoj.gov

Date: May 15, 2015                    s/Kirsten E. Schubert
                                      Kirsten E. Schubert
                                      DORSEY & WHITNEY LLP
                                      Suite 1500, 50 South Sixth Street
                                      Minneapolis, MN 55402-1498
                                      Telephone: (612) 340-2600
                                      Facsimile: (612) 340-2868