# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 14, 2015

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

> Re:  Charles A. Daniels, Warden
>      v.  Bruce Carneil Webster
>      Application No. 15A84
>      (Your No. 14-1049)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kagan, who on August 14, 2015, extended the time to and including September 28, 2015.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604