**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

_____

**NO. 14-1049**

_____

| | | |
|---|---|---|
| **BRUCE CARNEIL WEBSTER,** | ) | |
| | ) | **Appeal from the United States** |
| **Appellant** | ) | **District Court for the** |
| | ) | **Southern District of Indiana** |
| **v.** | ) | **Terre Haute Division** |
| | ) | |
| **CHARLES A. DANIELS, Warden,** | ) | **The Honorable WILLIAM T. LAWRENCE** |
| | ) | |
| **Appellee** | ) | **Cause No. 2:12-CV-086-WTL-WGH** |

## UNOPPOSED MOTION TO LIFT STAY OF THE MANDATE

The United States of America, by and through its attorneys, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Wes Hendrix, Special Assistant United States Attorney, respectfully moves this Court to lift the current stay of the issuance of the mandate.   The Court stayed the mandate to give the government time to consult with the Office of the Solicitor General and to consider the possibility of filing a petition for a writ of certiorari. That process is complete, and the Solicitor General declined to authorize the filing of a petition for a writ of certiorari.   Thus, there is no need to continue the stay.   The government moves to lift the stay so the case may be remanded to the district court for further proceedings.   Counsel for Mr. Webster does not oppose this motion.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:     *s/ Wes Hendrix*
        Wes Hendrix
        Special Assistant U.S. Attorney


## CERTIFICATE OF SERVICE AND CONFERENCE

This is to certify that I have served a copy of the foregoing Motion upon the parties listed herein, by United States mail on the 22nd day of September, 2015. I certify further that I have conferred with Steven Wells, counsel for Webster, and he is unopposed to lifting the stay of the mandate.


                        *s/ Wes Hendrix*
                        Wes Hendrix
                        Special Assistant U.S. Attorney
                        Office of the United States Attorney
                        10 West Market Street,
                        Suite 2100
                        Indianapolis, Indiana 46204-3048
                        Telephone: (317) 226-6333