# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 23, 2015

*By the Court:*

| | |
|---|---|
| No. 14-1049 | BRUCE CARNEIL WEBSTER, Petitioner - Appellant<br><br>v.<br><br>CHARLES A. DANIELS, Warden, United States Penitentiary, Terre Haute, Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:12-cv-00086-WTL-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence | |

Upon consideration of the **UNOPPOSED MOTION TO LIFT STAY OF THE MANDATE**, filed on September 22, 2015, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. The stay of the mandate is lifted and the clerk shall issue the mandate in this appeal immediately.

form name: **c7_Order_BTC**(form ID: **178**)