# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

September 23, 2015

Taxed in Favor of: **Appellant Bruce Carneil Webster**

|  |  |
|---|---|
| No. 14-1049 | BRUCE CARNEIL WEBSTER,<br>Petitioner - Appellant<br><br>v.<br><br>CHARLES A. DANIELS, Warden, United States Penitentiary, Terre Haute,<br> Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:12-cv-00086-WTL-WGH<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence | |

The mandate or agency closing letter issued in this cause on September 23, 2015.

BILL OF COSTS issued in the amount of: $1392.42.

|  |  | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _ $500.00_ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | __ $892.42_ |

4.     _____
       _____          _____     _____
       _____

5.     _____          _____     _____
       _____

                                                 TOTAL:          _ $1392.42_

form name: **c7_BillOfCosts**(form ID: **140**)

Case: 14-1049     Document: 60-2     Filed: 09/23/2015     Pages: 2